UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BROOKLYN COMMUNITY MANAGEMENT LLC, :
GROSS HEALTH CARE INC and SUMNER PLACE :
LLC, d/b/a SUMNER HEALTH CARE PROVIDERS, :
    :
                Plaintiffs, :
    :
      -against- : 08 Civ. 00168 (BSJ)(HBP)
    :
NEW YORK CITY DEPARTMENT OF EDUCATION, :
JOEL I. KLEIN as CHANCELLOR OF THE NEW YORK :
CITY DEPARTMENT OF EDUCATION, AVA J. : **NOTICE OF**
MOPPER as DIRECTOR OF THE OFFICE OF RELATED: **APPEARANCE**
AND CONTRACTUAL SERVICES OF THE NEW :
YORK CITY DEPARTMENT OF EDUCATION, DAVID :
N. ROSS as EXECUTIVE DIRECTOR OF THE :
DIVISION OF CONTRACTS AND PURCHASING OF :
THE NEW YORK CITY DEPARTMENT OF :
EDUCATION, NEW YORK CITY DEPARTMENT OF :
HEALTH AND MENTAL HYGIENE, NEW YORK :
STATE EDUCATION DEPARTMENT, RICHARD P. :
MILLS as COMMISSIONER OF THE NEW YORK :
STATE EDUCATION DEPARTMENT, NEW YORK :
STATE DEPARTMENT OF HEALTH, RICHARD F. :
DAINES, M.D. as COMMISSIONER OF THE NEW :
YORK STATE DEPARTMENT OF HEALTH, :
    :
                Defendants. :
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that the Attorney General of the State of New York, by the

undersigned, hereby appears as attorney of record for defendants New York State Department of

Education, Richard P. Mills, New York State Department of Health, and Richard Daines

(collectively the "State Defendants) , and that his address and telephone number are set forth

below.

Dated: New York, New York
       January 17, 2008

ANDREW M. CUOMO
Attorney General of the
State of New York
Attorney for State Defendants
By:

CLEMENT J. COLUCCI (CC-8844)
Assistant Attorney General
120 Broadway
New York, New York 10271
(212) 416-8634


To: DAVID YEGER, ESQ.
WACHTEL & MASYR, LLP
Attorneys for Plaintiffs
110 East 59th Street
New York, New York 10022

NEW YORK CITY LAW DEPARTMENT
SUSAN SMOLLENS, ASSISTANT CORPORATION COUNSEL
Attorneys for New York City Defendants
100 Church Street
New York, New York 10007

08 Civ. 00168 (BSJ)(HBP)                                                E.C.F.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROOKLYN COMMUNITY MANAGEMENT LLC, GROSS HEALTH CARE INC. And SUMNER PLACE LLC, d/b/a SUMNER HEALTH CARE PROVIDERS,

    Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

    Defendants.

# NOTICE OF APPEARANCE

ANDREW M. CUOMO
Attorney General of the State of New York

*ATTORNEY FOR
STATE DEFENDANTS*

BY:   **CLEMENT J. COLUCCI**
Assistant Attorney General
120 Broadway, 24TH Floor
New York, New York 10271

Tel. No.: (212) 416-8634
Fax Nos.: 212-416-6075/6009
*Due Service of a copy of the within is admitted this*

_____ day of _____ 2008