UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BROOKLYN COMMUNITY MANAGEMENT LLC,
GROSS CARE INC. and SUMNER PLACE LLC, d/b/a
SUMNER HEALTH PROVIDERS,

**DECLARATION OF AVA J. MOPPER**

Plaintiffs,

08 CV 168 (B.S.J.)

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
JOEL KLEIN as CHANCELLOR OF THE NEW YORK
CITY DEPARTMENT OF EDUCATION, AVA J.
MOPPER as DIRECTOR OF THE OFFICE OF
RELATED AND CONTRACTUAL SERVICES OF THE
NEW YORK CITY DEPARTMENT OF EDUCATION,
DAVID N. ROSS as EXECUTIVE DIRECTOR OF THE
DIVISION OF CONTRACTS AND PURCHASING OF
THE NEW YORK CITY DEPARTMENT OF
EDUCATION, NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE, THOMAS R.
FRIEDEN M.D. as COMMISSIONER OF THE NEW
YORK CITY DEPARTMENT OF HEALTH AND
MENTAL HYGIENE, NEW YORK STATE
EDUCATION DEPARTMENT, RICHARD P. MILLS as
COMMISSIONER OF THE NEW YORK STATE
EDUCATION DEPARTMENT, NEW YORK STATE
DEPARTMENT OF HEALTH, RICHARD F. DAINES,
M.D. as COMMISSIONER OF THE NEW YORK STATE
DEPARTMENT OF HEALTH,

Defendants.

------------------------------------------------------------------------ x

AVA J. MOPPER, declares the following pursuant to 28 U.S.C. §1746, and subject to the penalties of perjury:

1.    I am the Director of the Office of Related and Contractual Services of the New York City Department of Education ("DOE").  As Director, I am responsible for, among other things, the development of Request for Proposals ("RFP") for the award of Special

Education Related Services and Assessment Contracts to agency providers, in addition to the administration of such contracts. My office also functions as a liaison to the agencies with whom DOE maintains such contracts.

2.    I submit this affidavit in support of the municipal defendants' opposition to plaintiffs' application for injunctive relief seeking to enjoin DOE to make payments for special education related services allegedly provided by plaintiffs, Gross Care Inc. ("Gross Care") and Sumner Place LLC d/b/a Sumner Health Providers ("Sumner"), from January 9, 2008 until the end of the school year.

3.    The statements made herein are based on my personal knowledge, review of documents, and conversations with current personnel of DOE.

**Special Education Services: Related Services Overview**

4.    DOE is mandated by federal and state law to evaluate students and to provide Special Education Related Services ("Related Services") tailored to a child's unique needs, by means of an Individualized Education Program or IEP. The IEP is a collaboratively developed plan based on information provided by parents, assessment professionals, instructional personnel, related services providers and, when appropriate, the student. In New York State, the group responsible for developing the IEP is referred to as either the Committee on Special Education ("CSE") or IEP Team. It is the IEP Team that initially determines a student's eligibility for special education services.

5.    Based upon a student's needs and the extent to which those needs affect his or her educational performance, the IEP Team may recommend that Related Services be provided. Students are eligible for Related Services only when it is clear that the student's needs are  greater than can be addressed in their primary educational setting; the services are necessary

for the student to benefit from his/her primary educational setting; and the absence of such services would adversely affect the student's educational performance. It is the IEP Team that determines the frequency and duration of the eligible student's Related Services.

6.    Related Services include, but are not limited to, counseling, hearing education services, school health services, speech/language therapy, occupational therapy and physical therapy. When Related Services are provided to a student whose primary program is general education they are considered a supplementary aid and service. It is DOE's goal, to the greatest extent possible, to have students with disabilities attend the schools they would normally attend if they did not require special education services to address their learning needs.

**Providing Related Services**

7.    Currently DOE provides these mandated Related Services to school age students (ages 5-21) through a three tier hierarchy. Whenever possible, DOE employs its own staff to provide services to students in schools during the school day. Where DOE is unable to meet the mandate with its in-house staff, it will contract with agencies, through the RFP process for the provision of Related Services. Finally, in cases when neither DOE staff nor a contracted vendor is able to provide the required services, DOE issues a Related Service Authorization ("RSA") to parents which enable them to secure the services of an appropriately licensed, independent provider at public expense.

8.    Contracts for Related Services are awarded to vendors by specific discipline, e.g., physical therapy, occupational therapy, within each of the ten CSE regions which encompass all thirty-two school districts in New York City (the "City") as well as Citywide District 75, which consists of approximately 23,000 special needs students.[1] Each CSE region is

---

[1] The mission of District 75 is to provide appropriate standards-based educational programs with related service supports to students with moderate to severe challenges, commensurate with their abilities.

assigned a Chairperson to ensure compliance with the student's IEP. A copy of DOE's Contact Information for the ten CSE Chairpersons is annexed hereto as Exhibit A.

9.    Through the RFP process, DOE tries to limit the number of contracts awarded to any one provider to no more than five districts in five separate regions for each specific Related Service. Limiting awards in this fashion ensures a wide range of contracted vendors dispersed throughout the City, provides greater flexibility in DOE's ability to secure a nearby replacement vendor in the event a contracted vendor cannot provide the service, and promotes competition by assuring that the awards are not limited to only very large vendors. It is DOE's intent to create a contractual hierarchy of services and thereby decrease its reliance on RSAs.

10.    A complete list of the contracted vendors currently providing Related Services to school age students is annexed hereto as Exhibit B. These contracts run for a three year term through August 31, 2010 and replace those that DOE awarded in 2004 and which expired on August 31, 2007.

11.    Brooklyn Community Management, LLC ("BCM") was initially considered for the award of the Hearing Education Services contract for Citywide District 75 students in Region 6 (See Exhibit 2 of the Lebovits Declaration ("Lebovits Dec"). In Region 6, an award was made to Stivright Inc. (Hearing Education Services in English) and FTH Audiology and Speech Pathology (Hearing Education Services in Yiddish) in District 22. (Exhibit B, p. 42 of 196). Students in the other Region 6 districts, in addition to Citywide District 75 students in Region 6, can obtain Hearing Education Services from any of the other vendors awarded a contract for this discipline, including a firm known as Related Services

Associates. Id. All Region 6 Related Services contracts for school age children are listed on Exhibit B, pp. 37, 39, 41, 44, 47 and 49-50 of 196.

12.    In addition to their specific region/district awards, Related Services providers are required by the contract's terms to provide services to other districts within a region, as well as districts in other regions on an as-needed basis. Thus, when a contracted provider is unable to provide services to students, DOE may assign students to another contracted provider within the region and failing that, can assign students to a contractor from any other region. RSAs are issued to the parent by the CSE only after DOE fully exhausts these assignment options. Essentially, an RSA functions as an agreement between the parent and the independent provider which allows the parent to obtain the required service from an independent provider of his or her choice when neither DOE staff nor a contracted vendor can provide the required service.

13.    To help parents locate an independent provider, DOE provides them with municipality listings of independent service providers who have registered with DOE.[2] As an example of the registry's scope, a list of all registered independent providers in the Borough of Brooklyn for three Related Service disciplines is annexed hereto as Exhibit C. However, parents are not bound by the registry and are free to locate their own independent provider.

14.    Moreover, contract vendors may provide RSA Related Services to any student for any discipline in any district other than the district and discipline the contract covers. Therefore, when BCM was under contract to the DOE to provide speech therapy services to District 75 students in Regions 5 and 6 from 2004-2007, its therapists were also able to provide

---

[2] The listing is by no means definitive because providers are not required to register in order to qualify as an independent provider.

other Related Services through RSA agreements with the exception of the speech therapy services it was under contract to provide in the two regions.

15.    In order to initiate an RSA approval, the parent and the independent provider must submit to the CSE a completed RSA-2 Form, a copy of which is annexed hereto as Exhibit D. The RSA is an agreement between the parent and the independent provider; only the therapist's name is required and not the agency through which a therapist may be paid. Independent providers are not required to be employees of an agency and providers who are not employees of an agency are paid directly by DOE.   Additionally, independent providers must be permanently licensed or certified by the New York State Education Department and fingerprinted by DOE prior to receiving authorization to provide services. Id. RSAs expire at the end of the school year and are not automatically renewed.

16.    Both Gross Care and Sumner submitted names of therapists for inclusion in the DOE registry. Copies of the respective companies Independent Related Service Provider Application forms ("applications") are collectively annexed hereto as Exhibit E.    The applications provide the same contact name, Lucille Schinkel, and contact number, (718) 336-9500 for both Gross Care and Sumner.   Additionally, the names of the therapists listed by discipline for each firm are identical.

The SCI Investigation of BCM

17.    Prior to the award of the 2007 Related Service contracts detailed in Exhibit B, I received a report prepared by Richard J. Condon, Special Commissioner of Investigation for the New York City School District ("SCI") [3] dated July 6, 2007, regarding an

---

[3] The Office of the Special Commissioner of Investigation has broad authority to investigate fraud, misconduct, conflicts of interest, and other wrongdoing within the New York City School District. SCI

SCI investigation into BCM. Lebovitz Dec., Exhibit 3. The report, which cited billing irregularities and apparent misrepresentations by BCM, recommended that BCM "should be found to be unqualified as a vendor for the DOE." Id. This report was brought to my attention at virtually the same time that Related Services contract award decisions were being made.

18.    Accordingly, in conjunction with DOE's Office of Legal Services and the Division of Contracts and Purchasing, it was determined to exclude BCM from the list of vendors submitted to the Chancellor for approval of awards for Related Service contracts. As services for students were about to start, it was imperative for us to alert all contracted vendors and the CSE Chairpersons that, until further notice, BCM was deemed ineligible to provide any services to students either as a contract agency or as the agency through which RSA providers would be reimbursed. Therefore, my office issued an email on August 17, 2007 apprising the field of BCM's status. Lebovits Dec., Exhibit 5.

19.    Although Mr. Lebovits was fully aware of the investigation into BCM, and aware that, as of August 17, 2007, BCM was prohibited from providing any Related Services in any capacity, Mr. Lebovits took it upon himself to, in effect, avoid the consequence of the DOE's directive that BCM would no longer be eligible to provide services to DOE students by transferring the BCM therapists to two other affiliated companies, Gross Care and Sumner. See Lebovits Dec. at ¶ 35. Mr. Lebovits bypassed the DOE entirely without any regard to the effect of the on-going investigation on his ability to provide services to students if he transferred his employees to another company under his control. Nor to my knowledge, did Mr. Lebovits

---

was created pursuant to Mayoral Executive Order 11 of 1990 and Chapter 34 of the New York City Charter and operates independently of the Chancellor and the Department of Education.

advise the parents to contact their CSE to discuss the impact of BCM's ineligibility on his ability to provide RSA Related Services through Gross Care and Sumner.

20.    Apparently, Mr. Lebovits seeks to evade DOE's directive deeming BCM ineligible to provide any services to students either as an agency or RSA provider, since many Sumner and Gross Care's therapists are actually BCM staff. A comparison of the names of the therapists provided by BCM in its 2004 contract proposal to the names listed in Gross Care's and Sumner's registry applications (Exhibit E) revealed that:

- of the twenty names submitted by BCM in its 2004 contract proposal as "current staff providing occupational therapy," nine of these therapists are also listed as therapists for Sumner and/or Gross Care;

- of the thirteen names submitted by BCM in its 2004 contract proposal as "current staff providing speech therapy in English," nine of these therapists are also listed as therapists for Sumner and/or Gross Care; and

- of the sixteen names submitted by BCM in its 2004 contract proposal as "current staff providing physical therapy," eight of these therapists are also listed as therapists for Sumner and/or Gross Care.

21.    Copies of the 2004 BCM staff listings for occupational therapy, speech therapy and physical therapy, with names of therapists who appear on the Sumner and Gross Care registry applications highlighted, are annexed as Exhibit F. All of these therapists can be paid directly by DOE for Related Services they are providing pursuant to an RSA agreement.

22.    Although Mr. Lebovits claims that Gross Care and Sumner are providing services to 893 children (Lebovits Dec. at ¶ 36) even a cursory examination of the names provided in Exhibit 10 of the Lebovits Dec. reveals significant duplication of names, as many

children receive multiple services.  For example, of the one hundred nine (109) services listed under Sumner (Exhibit 10, pp. 1-3), there are actually only eight-two (82) individual students receiving services.  At this time, the local CSEs have not been able to fully confirm the accuracy of the information provided by Mr. Lebovits regarding the number of students receiving services through independent providers employed by Gross Care and Sumner.

23.     Plaintiffs' argument that failure to pay the agencies will halt services to these children is speculative. The individual therapists have not been precluded from providing the services or from being paid directly by the DOE for the RSA work they perform.  The RSA agreement is between the parent and the therapist, and not the agency.  Should a therapist for any reason decide not to provide services pursuant to an RSA, the parent retains the ability to locate another provider.

_____
AVA J. MOPPER

Dated: January 17, 2008

Exhibit A

# NEW YORK CITY DEPARTMENT OF EDUCATION
## CONTACT INFORMATION FOR
## COMMITTEE ON SPECIAL EDUCATION CHAIRPERSONS

| CSE | DISTRICTS | ADDRESS | PHONE NUMBER | CSE CHAIRPERSON |
|-----|-----------|---------|--------------|-----------------|
| 1 | 9, 10 | One Fordham Plaza<br>Bronx, New York 10458 | (718) 329-8074 | Rosetta Brown -Lee |
| 2 | 8, 11, 12 | 3450 East Tremont Ave., 2nd Floor<br>Bronx, New York 10465 | (718) 794-7428<br>Or<br>(718) 794-7429 | Michele Beatty |
| 3 | 25, 26 | 30-48 Linden Place<br>Flushing, New York 11354 | (718) 281-3520 | Susan Arce |
| | 28, 29 | 90-27 Sutphin Boulevard<br>Jamaica, New York 11435 | (718) 557-2500 | |
| 4 | 24, 30, 32 | 28-11 Queens Plaza North, 5th Floor<br>Long Island City, New York 11101 | (718) 391-8405 | Esther Morell |
| 5 | 19, 23, 27 | 82-01 Rockaway Boulevard<br>Ozone Park, New York 11416 | (718) 642-5836 | Ivy Linder |
| 6 | 17, 18, 22 | 5619 Flatlands Avenue<br>Brooklyn, New York 11234 | (718) 968-6200 | Arlene Rosenstock |
| 7 | 20, 21 | 415 89th Street<br>Brooklyn, New York 11209 | (718) 759-4933 | Claire Donnellan |
| | 31 | 715 Ocean Terrace, Building A<br>Staten Island, New York 10301 | (718) 420-5752 | |
| 8 | 13, 14, 15, 16 | 131 Livingston Street<br>Brooklyn, New York 11201 | (718) 935-4900 | Deborah Cuffey-Jackson |
| 9 | 1, 2, 4, 7 | 333 7th Ave, 4th Floor<br>New York, New York 10001 | (917) 339-1600 | Gerry Donegan |
| 10 | 3, 5, 6 | 388 West 125th Street<br>New York, New York 10027 | (212) 342-8300 | Marilyn Sprecher |

Exhibit B

RELATED SERVICES FOR **SCHOOL-AGE** STUDENTS

| Region | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Comprised of Districts | 9, 10 | 8, 11, 12 | 25, 26, 28 ,29 | 24, 30, 32 | 19, 23, 27 | 17, 18, 22. | 20, 21, 31 | 13, 14, 15, 16. | 1, 2, 4, 7, | 3, 5, 6 |

Counseling
English/Spanish

| REGION | DISTRICTS | VENDOR | LANGUAGE | RATE per 30 Minute Session |
|---|---|---|---|---|
| 1 | Bronx 9 | Binet, Inc. 1222 Avenue M Brooklyn, NY 11230 | Spanish | $45 |
| | Bronx 10 | Binet, Inc. | English | $44 |
| | | Comprehensive Counseling Services, Inc. 1663 East 17th Street Brooklyn, NY 11229 | Spanish | $44 |
| 2 | Bronx 11 | Comprehensive Counseling Services, Inc. | English | $44 |
| | Bronx 12 | Binet, Inc. | Spanish | $45 |
| 3 | Queens 25 | Comprehensive Counseling Services, Inc. | English | $43 |
| | Queens 28 | Prime Time Care, Inc. 138-44 Jewel Avenue Flushing, NY 11367 | English | $44 |
| 4 | Queens 24 | Prime Time Care, Inc. | Spanish | $44 |
| | Queens 30 | Prime Time Care, Inc. | Spanish | $45 |
| 6 | Brooklyn 17 | Yeled V'Yalda Early Childhood Center, Inc. 571 McDonald Avenue Brooklyn, NY 1121 | English | $40 |
| | Brooklyn 22 | Yeled V'Yalda Early Childhood Center, Inc. | English | $40 |
| 7 | Brooklyn 20 | Yeled V'Yalda Early Childhood Center, Inc. | English | $40 |
| | | Comprehensive Counseling Services, Inc. | Yiddish | $44 |
| | Brooklyn 21 | FTH Audiology and Speech Pathology, P.C. 1651 Coney Island Avenue Brooklyn, NY 11230 | English | $45 |
| | | Yeled V'Yalda Early Childhood Center, Inc. | Yiddish | $42 |

Counseling
English/Spanish

| REGION | DISTRICTS | VENDOR | LANGUAGE | RATE per 30 Minute Session |
|--------|-----------|--------|----------|----------------------------|
| 8 | Brooklyn 14 | Comprehensive Counseling Services, Inc. | Yiddish | $43 |
| | Brooklyn 15 | Yeled V'Yalda Early Childhood Center, Inc. | Yiddish | $42 |
| 10 | Manhattan 3 | NY Therapy Placement Services, Inc. 500 Bi-County Boulevard, Suite 217N Farmingdale, NY 11735 | English | $44 |
| | | Comprehensive Counseling Services, Inc. | Spanish | $45 |

Health Services by a Health Aide

| REGION | DISTRICTS | VENDOR | RATE per 60 Minute Session |
|--------|-----------|--------|----------------------------|
| 1 | Bronx 9 | Gotham Per Diem, Inc. 75 Maiden Lane, 7th Floor New York, NY 10038 | $21 |
| | Bronx 10 | Horizon Healthcare Staffing Corp. 20 Jerusalem Avenue, 3rd Floor Hicksville, NY 11081 | $24 |
| | Citywide/D 75 | The Comprehensive Center, LLC 460 Grand Street New York, NY 10002 | $21 |
| 2 | Bronx 8 | RCM Health Care Services 989 Avenue of the Americas – 16th Floor New York, NY 10018 | $22 |
| | Bronx 11 | RCM Health Care Services | $22 |
| | Bronx 12 | Horizon Healthcare Staffing Corp. | $24 |
| | Citywide/D 75 | The Comprehensive Center, LLC | $21 |
| 3 | Queens 25 | Interim Healthcare Of Greater New York 508 Airport Executive Drive Nanuet, NY 10954 | $31 |
| | Queens 26 | RCM Health Care Services | $25 |
| | Queens 28 | Interim Healthcare Of Greater New York | $20 |

<u>Health Services by a Health Aide</u>

| REGION | DISTRICTS | VENDOR | RATE per 60 Minute Session |
|--------|-----------|--------|----------------------------|
| 3 | Queens 29 | Horizon Healthcare Staffing Corp. | $24 |
|   | Citywide/D 75 | The Comprehensive Center, LLC | $21 |
| 4 | Queens 24 | Horizon Healthcare Staffing Corp. | $24 |
|   | Queens 30 | Horizon Healthcare Staffing Corp. | $24 |
|   | Brooklyn 32 | Interim Healthcare Of Greater New York | $20 |
|   | Citywide/D 75 | The Comprehensive Center, LLC | $21 |
| 5 | Brooklyn 19 | RCM Health Care Services | $28 |
|   | Brooklyn 23 | RCM Health Care Services | $28 |
|   | Queens 27 | Carenet Group, Inc. 1663 East 17th Street Brooklyn, NY 11229 | $29 |
| 6 | Brooklyn 17 | Carenet Group, Inc. | $31 |
|   | Brooklyn 22 | FTH Audiology and Speech Pathology, P.C. 1651 Coney Island Avenue Brooklyn, NY 11230 | $25 |
|   | Citywide/D 75 | The Comprehensive Center, LLC | $21 |
| 7 | Brooklyn 20 | FTH Audiology and Speech Pathology, P.C. | $24 |
|   | Brooklyn 21 | FTH Audiology and Speech Pathology, P.C. | $23 |
|   | Staten Island 31 | Richmond Uni Home Care, Inc. 3155 Amboy Road Staten Island, NY 10306 | $19 |
|   | Citywide/D 75 | Richmond Uni Home Care, Inc. | $19 |
| 8 | Brooklyn 13 | Gotham Per Diem, Inc. | $20 |
|   | Brooklyn 14 | Gotham Per Diem, Inc. | $20 |
|   | Brooklyn 15 | RCM Health Care Services | $29 |
|   | Brooklyn 16 | Horizon Healthcare Staffing Corp. | $24 |

Health Services by a Health Aide

| REGION | DISTRICTS | VENDOR | RATE per 60 Minute Session |
|--------|-----------|--------|---------------------------|
| 9 | Manhattan 1 | Interim Healthcare Of Greater New York | $19 |
| | Manhattan 2 | Interim Healthcare Of Greater New York | $19 |
| | Manhattan 4 | Gotham Per Diem, Inc. | $20 |
| | Bronx 7 | Gotham Per Diem, Inc. | $20 |
| | Citywide/D 75 | RCM Health Care Services | $18 |
| 10 | Manhattan 3 | Interim Healthcare Of Greater New York | $19 |
| | Manhattan 5 | RCM Health Care Services | $20 |
| | Manhattan 6 | RCM Health Care Services | $20 |
| | Citywide/D 75 | The Comprehensive Center, LLC | $21 |

Health Services by a Registered Nurse for School Programs

| REGION | DISTRICTS | VENDOR | RATE per 60 Minute Session |
|--------|-----------|--------|---------------------------|
| 1 | Bronx 9 | VTA Management Services, LLC 1901 Emmons Avenue, Suite 200 Brooklyn, NY 11235 | $67 |
| | Bronx 10 | Comprehensive Resources, Inc. 1663 East 17th Street Brooklyn, NY 11229 | $44 |
| | Citywide/D 75 | Carenet Group, Inc. 1663 East 17th Street Brooklyn, NY 11229 | $45 |
| 2 | Bronx 8 | VTA Management Services, LLC | $67 |
| | Bronx 11 | TheraCare of New York, Inc. 116 West 32nd Street, 8th Floor New York, NY 10001 | $48 |
| | Bronx 12 | Tempositions Health Care, Inc. 420 Lexington Avenue New York, NY 10170 | $50 |
| | Citywide/D 75 | Comprehensive Resources, Inc. | $45 |

Health Services by a Registered Nurse for School Programs

| REGION | DISTRICTS | VENDOR | RATE per 60 Minute Session |
|--------|-----------|--------|---------------------------|
| 3 | Queens 25 | Horizon Healthcare Staffing Corp.<br>20 Jerusalem Avenue, 3rd Floor<br>Hicksville, NY 11081 | $51 |
| | Queens 26 | Horizon Healthcare Staffing Corp. | $51 |
| | Queens 28 | RCM Health Care Services<br>989 Avenue of the Americas – 16th Floor<br>New York, NY 10018 | $47 |
| | Queens 29 | Gotham Per Diem, Inc.<br>75 Maiden Lane, 7th Floor<br>New York, NY 10038 | $47 |
| | Citywide/D 75 | Comprehensive Resources, Inc. | $44 |
| 4 | Queens 24 | Comprehensive Resources, Inc. | $49 |
| | Queens 30 | TheraCare of New York, Inc. | $46 |
| | Brooklyn 32 | Tempositions Health Care, Inc. | $48 |
| | Citywide/D 75 | RCM Health Care Services | $42 |
| 5 | Brooklyn 19 | Unique Nurses Registry Inc.<br>9508 Flatlands Avenue<br>Brooklyn, NY 11236 | $56 |
| | Queens 27 | Comprehensive Resources, Inc. | $49 |
| | Citywide/D 75 | Horizon Healthcare Staffing Corp. | $50 |
| 6 | Brooklyn 17 | Unique Nurses Registry, Inc. | $56 |
| | Brooklyn 18 | Unique Nurses Registry, Inc. | $56 |
| | Brooklyn 22 | TheraCare of New York, Inc. | $48 |
| | Citywide/D 75 | RCM Health Care Services | $45 |
| 7 | Brooklyn 20 | Tempositions Health Care, Inc. | $50 |
| | Brooklyn 21 | TheraCare of New York, Inc. | $46 |
| | Staten Island 31 | Richmond Uni Home Care, Inc. | $52 |
| | Citywide/D 75 | Richmond Uni Home Care, Inc. | $52 |

**Health Services by a Registered Nurse for School Programs**

| REGION | DISTRICTS | VENDOR | RATE per 60 Minute Session |
|---|---|---|---|
| 8 | Brooklyn 14 | Unique Nurses Registry, Inc. | $56 |
| | Brooklyn 15 | TheraCare of New York, Inc. | $48 |
| | Brooklyn 16 | Unique Nurses Registry, Inc. | $56 |
| | Citywide/D 75 | Comprehensive Resources, Inc. | $53 |
| 9 | Manhattan 2 | TheraCare of New York, Inc. | $52 |
| | Manhattan 4 | TheraCare of New York, Inc. | $48 |
| | Bronx 7 | Gotham Per Diem, Inc. | $48 |
| | Citywide/D 75 | Tempositions Health Care, Inc. | $50 |
| 10 | Manhattan 5 | Tempositions Health Care, Inc. | $48 |
| | Citywide/D 75 | RCM Health Care Services | $42 |

**Health Services by a Registered Nurse for Transportation**

| REGION | DISTRICTS | VENDOR | RATE per 60 Minute Session |
|---|---|---|---|
| 1 | Citywide/D 75 | Carenet Group, Inc. 1663 East 17th Street Brooklyn, NY 11229 | $86 |
| 2 | Bronx 11 | Tempositions Health Care, Inc. 420 Lexington Avenue New York, NY 10170 | $87 |
| | Bronx 12 | Horizon Healthcare Staffing Corp. 20 Jerusalem Avenue, 3rd Floor Hicksville, NY 11081 | $86 |
| | Citywide/D 75 | Comprehensive Resources, Inc. 1663 East 17th Street Brooklyn, NY 11229 | $86 |
| 3 | Queens 25 | Horizon Healthcare Staffing Corp. | $86 |
| | Queens 26 | Horizon Healthcare Staffing Corp. | $86 |
| | Queens 28 | | |

Health Services by a Registered Nurse for Transportation

| REGION | DISTRICTS | VENDOR | RATE per 60 Minute Session |
|--------|-----------|--------|----------------------------|
| 3 | Citywide/D 75 | RCM Health Care Services | $79 |
| 4 | Queens 24 | Tempositions Health Care, Inc. | $87 |
| | Queens 30 | Horizon Healthcare Staffing Corp. | $86 |
| | Brooklyn 32 | Tempositions Health Care, Inc. | $87 |
| | Citywide/D 75 | Horizon Healthcare Staffing Corp. | $84 |
| 5 | Brooklyn 19 | Unique Nurses Registry Inc. 9508 Flatlands Avenue Brooklyn, NY 11236 | $88 |
| | Queens 27 | Comprehensive Resources, Inc. | $90 |
| | Citywide/D 75 | Unique Nurses Registry Inc. | $88 |
| 6 | Brooklyn 17 | Unique Nurses Registry, Inc. | $88 |
| | Brooklyn 18 | Unique Nurses Registry, Inc. | $88 |
| | Brooklyn 22 | Comprehensive Resources, Inc. | $90 |
| | Citywide/D 75 | Carenet Group, Inc. | $86 |
| 7 | Brooklyn 21 | Tempositions Health Care, Inc. | $87 |
| | Staten Island 31 | Richmond Uni Home Care, Inc. 3155 Amboy Road Staten Island, NY 10306 | $52 |
| | Citywide/D 75 | Richmond Uni Home Care, Inc. | $52 |
| 8 | Citywide/D 75 | RCM Health Care Services | $84 |
| 9 | Manhattan 2 | RCM Health Care Services | $90 |
| | Manhattan 4 | Gotham Per Diem, Inc. 75 Maiden Lane, 7th Floor New York, NY 10038 | $90 |
| | Citywide/D 75 | The Comprehensive Center, LLC 460 Grand Street New York, NY 10002 | $86 |
| 10 | Manhattan 5 | Tempositions Health Care, Inc. | $87 |
| | Citywide/D 75 | Carenet Group, Inc. | $86 |

<u>Hearing Education Services</u>
English/Other Languages

| REGION | DISTRICTS | VENDOR | LANGUAGE | RATE per 30 Minute Session |
|---|---|---|---|---|
| 6 | Brooklyn 22 | Strivright, Inc.<br>3623 Avenue L<br>Brooklyn, NY 11210 | English | $44 |
| | | FTH Audiology and Speech Pathology, P.C.<br>1651 Coney Island Avenue<br>Brooklyn, NY 11230 | Yiddish | $45 |
| 7 | Brooklyn 20 | FTH Audiology and Speech Pathology, P.C. | English | $44 |
| | | Strivright, Inc. | Yiddish | $45 |
| | Brooklyn 21 | Related Services Associates, Inc.<br>1663 East 17th Street<br>Brooklyn, NY 11229 | English | $45 |
| | | FTH Audiology and Speech Pathology, P.C. | Yiddish | $45 |
| | Citywide/D 75 | FTH Audiology and Speech Pathology, P.C. | English | $45 |
| | | FTH Audiology and Speech Pathology, P.C. | Yiddish | $45 |
| 8 | Brooklyn 14 | FTH Audiology and Speech Pathology, P.C. | Yiddish | $45 |
| | Citywide/D 75 | FTH Audiology and Speech Pathology, P.C. | English | $45 |
| | | FTH Audiology and Speech Pathology, P.C. | Yiddish | $45 |
| 9 | Citywide/D 75 | Related Services Associates, Inc. | English | $45 |

Occupational Therapy

| REGION | DISTRICTS | VENDOR | RATE per 30 Minute Session |
|--------|-----------|--------|----------------------------|
| 1 | Bronx 9 | AlliedMedix Resources Inc.<br>110-45 71st Road, Ste. 1G<br>Forest Hills, NY 11375 | $41 |
|  | Bronx 10 | VTA Management Services, LLC<br>1901 Emmons Avenue, Suite 200<br>Brooklyn, NY 11235 | $41 |
|  | Citywide/D 75 | RCM Health Care Services<br>989 Avenue of the Americas – 16th Floor<br>New York, NY 10018 | $38 |
| 2 | Bronx 8 | Millennium Rehab Services<br>1302 Kings Highway<br>Brooklyn, NY 11229 | $46 |
|  | Bronx 11 | Consultants On Call, Inc.<br>1663 East 17th Street<br>Brooklyn, NY 11229 | $41 |
|  | Bronx 12 | Horizon Healthcare Staffing Corp.<br>2001 Marcus Avenue, Suite E240<br>Lake Success, NY 11042 | $43 |
|  | Citywide/D 75 | VTA Management Services, LLC | $40 |
| 3 | Queens 25 | RCM Health Care Services | $37 |
|  | Queens 26 | New York Therapy Placement Services, Inc.<br>500 Bi-County Boulevard, Suite 217N<br>Farmingdale, NY 11735 | $40 |
|  | Queens 28 | Therapists Network, Inc. dba Consultants On Call<br>1663 East 17th Street<br>Brooklyn, NY 11229 | $40 |
|  | Queens 29 | RCM Health Care Services | $37 |
|  | Citywide/D 75 | Millennium Rehab Services | $41 |
| 4 | Queens 24 | Horizon Healthcare Staffing Corp. | $41 |
|  | Queens 30 | Therapeutic Resources Physical Therapy LLP<br>36-36 33rd Street<br>Long Island City, NY 11106 | $41 |
|  | Brooklyn 32 | AlliedMedix Resources Inc. | $40 |
|  |  |  |  |

<u>Occupational Therapy</u>

| REGION | DISTRICTS | VENDOR | RATE per 30 Minute Session |
|--------|-----------|--------|----------------------------|
| 5 | Brooklyn 23 | Community Rehabilitation Services | $40 |
| | Queens 27 | Therapists Network, Inc. dba Consultants On Call | $42 |
| | Citywide/D 75 | VTA Management Services, LLC | $42 |
| 6 | Brooklyn 17 | Yeled V'Yalda Early Childhood Center, Inc. 571 McDonald Avenue Brooklyn, NY 11218 | $44 |
| | Brooklyn 18 | Horizon Healthcare Staffing Corp. | $41 |
| | Brooklyn 22 | VTA Management Services, LLC | $40 |
| | Citywide/D 75 | RCM Health Care Services | $36 |
| 7 | Brooklyn 20 | AlliedMedix Resources Inc. | $40 |
| | Brooklyn 21 | FTH Audiology and Speech Pathology, P.C. | $41 |
| | Staten Island 31 | Staten Island University Hospital 475 Seaview Avenue Staten Island, NY 10305 | $44 |
| | Staten Island 31 | Perfect Playground 3930 Richmond Avenue Staten Island, NY 10312 | $44 |
| | Citywide/D 75 | Therapists Network, Inc. dba Consultants On Call | $41 |
| 8 | Brooklyn 13 | Therapeutic Resources Physical Therapy LLP 36-36 33rd Street Long Island City, NY 11106 | $41 |
| | Brooklyn 15 | Therapists Network, Inc. dba Consultants On Call | $42 |
| | Citywide/D 75 | Millennium Rehab Services | $42 |
| 9 | Manhattan 1 | RCM Health Care Services | $41 |
| | Manhattan 4 | RCM Health Care Services | $38 |
| | Bronx 7 | RCM Health Care Services | $38 |
| | Citywide/D 75 | Therapeutic Resources Physical Therapy LLP | $40 |
| 10 | Manhattan 3 | TheraCare of New York, Inc. 116 West 32nd Street, 8th Floor New York, NY 10001 | $41 |
| | Manhattan 5 | Therapeutic Resources Physical Therapy LLP | $41 |

| | Citywide/D 75 | RCM Health Care Services | $37 |
|---|---|---|---|

Physical Therapy

| REGION | DISTRICTS | VENDOR | RATE per 30 Minute Session |
|--------|-----------|--------|----------------------------|
| 1 | Bronx 10 | NY Therapy Placement Services, Inc.<br>500 Bi-County Boulevard, Suite 217N<br>Farmingdale, NY 11735 | $39 |
| | Citywide/D 75 | AlliedMedix Resources Inc.<br>110-45 71st Road, Ste. 1G<br>Forest Hills, NY 11375 | $31 |
| 2 | Bronx 8 | Physical Therapists on Call P.C.<br>311-86th Street<br>Brooklyn, NY 11209 | $35 |
| | Bronx 11 | Consultants On Call, Inc.<br>1663 East 17th Street<br>Brooklyn, NY 11229 | $37 |
| | Bronx 12 | VTA Management Services, LLC<br>1901 Emmons Avenue, Suite 200<br>Brooklyn , NY 11235 | $36 |
| | Citywide/D 75 | RCM Health Care Services<br>989 Avenue of the Americas – 16th Floor<br>New York, NY 10018 | $32 |
| 3 | Queens 25 | Horizon Healthcare Staffing Corp.<br>2001 Marcus Avenue, Suite E240<br>Lake Success, NY 11042 | $36 |
| | Queens 29 | VTA Management Services, LLC | $36 |
| | Citywide/D 75 | Top Rehab, Inc.<br>8845 19th Avenue<br>Brooklyn, NY 11214 | $32 |
| 4 | Queens 24 | VTA Management Services, LLC | $35 |
| | Queens 30 | TheraCare of New York, Inc.<br>116 West 32nd Street, 8th Floor<br>New York, NY 10018 | $35 |
| | Brooklyn 32 | Suncare Rehab Inc.<br>242 Rhine Avenue<br>Staten Island, NY 10304 | $35 |
| | Citywide/D 75 | Top Rehab, Inc. | $32 |
| 5 | Brooklyn 19 | | |

<u>Physical Therapy</u>

| REGION | DISTRICTS | VENDOR | RATE per 30 Minute Session |
|--------|-----------|--------|----------------------------|
| 5 | Brooklyn 23 | Suncare Rehab Inc. | $34 |
|  | Citywide/D 75 | AlliedMedix Resources Inc. | $32 |
| 6 | Brooklyn 17 | Egypt Tone, Inc.<br>8523 Fort Hamilton Parkway<br>Brooklyn, NY 11209 | $31 |
|  | Brooklyn 18 | Therapeutic Resources Physical Therapy LLP<br>36-36 33rd Street<br>Long Island City, NY 11106 | $41 |
|  | Brooklyn 22 | Sunnydays Corp<br>828 Bay Ridge Avenue<br>Brooklyn, NY 11220 | $34 |
|  | Citywide/D 75 | Egypt Tone, Inc. | $31 |
| 7 | Brooklyn 20 | VTA Management Services, LLC | $37 |
|  | Staten Island 31 | Therapists Network, Inc. dba Consultants On Call | $35 |
|  | Citywide/D 75 | RCM Health Care Services | $32 |
| 8 | Brooklyn 13 | Therapeutic Resources Physical Therapy LLP | $40 |
|  | Brooklyn 14 | Suncare Rehab Inc. | $34 |
|  | Brooklyn 15 | AlliedMedix Resources Inc. | $32 |
|  | Brooklyn 16 | Staten Island University Hospital<br>475 Seaview Avenue<br>Staten Island, NY 10305 | $38 |
|  | Citywide/D 75 | Top Rehab, Inc. | $32 |
| 9 | Manhattan 1 | The Comprehensive Center, LLC<br>460 Grand Street<br>New York, NY 10002 | $33 |
|  | Manhattan 2 | TheraCare of New York, Inc. | $35 |
|  | Citywide/D 75 | RCM Health Care Services | $32 |
| 10 | Manhattan 5 | Therapeutic Resources Physical Therapy LLP | $39 |
|  | Manhattan 6 | TheraCare of New York, Inc. | $36 |
|  | Citywide/D 75 | RCM Health Care Services | $32 |

Sign Language Interpreting Services

| REGION | DISTRICTS | VENDOR | RATE per 30 Minute Session |
|--------|-----------|--------|----------------------------|
| 1 | Citywide/D 75 | Binet, Inc.<br>1222 Avenue M<br>Brooklyn, NY 11230 | $44 |
| 2 | Citywide/D 75 | Binet, Inc. | $40 |
| 3 | Citywide/D 75 | Sign Talk, LLC<br>1214 Avenue M<br>Brooklyn, NY 11230 | $36 |
| 4 | Citywide/D 75 | Sign Talk, LLC | $37 |
| 7 | Citywide/D 75 | Sign Talk, LLC | $36 |
| 8 | Citywide/D 75 | Binet, Inc. | $43 |
| 9 | Citywide/D 75 | Sign Talk, LLC | $39 |

Speech/Language Therapy
English

| REGION | DISTRICTS | VENDOR | RATE per 30 Minute Session |
|--------|-----------|--------|----------------------------|
| 1 | Bronx 9 | RCM Health Care Services<br>989 Avenue of the Americas – 16th Floor<br>New York, NY 10018 | $44 |
|  | Bronx 10 | Related Services Associates, Inc.<br>1663 East 17th Street<br>Brooklyn, NY 11229 | $44 |
| 2 | Bronx 8 | RCM Health Care Services | $44 |
|  | Bronx 11 | RCM Health Care Services | $44 |
| 3 | Queens 26 | NY Therapy Placement Services, Inc.<br>500 Bi-County Boulevard, Suite 217N<br>Farmingdale, NY 11735 | $44 |
|  | Queens 29 | RCM Health Care Services | $43 |
| 4 | Queens 30 | RCM Health Care Services | $44 |
|  | Citywide/D 75 |  |  |

| REGION | DISTRICTS | VENDOR | RATE per 30 Minute Session |
|---|---|---|---|
| 5 | Citywide/D 75 | TheraCare of New York, Inc.<br>116 West 32nd Street, 8th Floor<br>New York, NY 10018 | $44 |
| 6 | Brooklyn 17 | Yeled V'Yalda Early Childhood Center, Inc.<br>571 McDonald Avenue<br>Brooklyn, NY 11218 | $44 |
| | Brooklyn 22 | FTH Audiology and Speech Pathology, P.C. | $42 |
| 7 | Brooklyn 20 | Yeled V'Yalda Early Childhood Center, Inc. | $42 |
| | Brooklyn 21 | FTH Audiology and Speech Pathology, P.C.<br>1651 Coney Island Avenue<br>Brooklyn, NY 11230 | $42 |
| | Staten Island 31 | RCM Health Care Services | $44 |
| | Citywide/D 75 | Related Services Associates | $43 |
| 8 | Brooklyn 13 | FTH Audiology and Speech Pathology, P.C. | $45 |
| | Brooklyn 15 | FTH Audiology and Speech Pathology, P.C. | $42 |
| 9 | Manhattan 1 | TheraCare of New York, Inc. | $39 |
| | Manhattan 2 | RCM Health Care Services | $43 |
| | Manhattan 4 | RCM Health Care Services | $44 |
| 10 | Manhattan 5 | VTA Management Services, LLC<br>1901 Emmons Avenue, Suite 200<br>Brooklyn, NY 11235 | $44 |
| | Manhattan 6 | TheraCare of New York, Inc. | $43 |

Speech/Language Therapy
SPANISH AND OTHER LANGUAGES

| REGION | DISTRICTS | VENDOR | SPANISH AND OTHER LANGUAGES | RATE per 30 Minute Session |
|---|---|---|---|---|
| 6 | Brooklyn 17 | Related Services Associates, Inc. 1663 East 17th Street Brooklyn, NY 11229 | Yiddish | $47 |
| 7 | Brooklyn 20 | Yeled V'Yalda Early Childhood Center, Inc. 571 McDonald Avenue Brooklyn, NY 11218 | Yiddish | $42 |
| | Brooklyn 21 | FTH Audiology and Speech Pathology, P.C. 1651 Coney Island Avenue Brooklyn, NY 11230 | Yiddish | $43 |
| | Citywide/ D 75 | Related Services Associates, Inc. | Yiddish | $43 |
| 8 | Brooklyn 14 | Yeled V'Yalda Early Childhood Center, Inc. | Yiddish | $45 |
| | Brooklyn 15 | Yeled V'Yalda Early Childhood Center, Inc. | Yiddish | $43 |
| 9 | Manhattan 1 | FTH Audiology and Speech Pathology, P.C. | Yiddish | $45 |

Exhibit C

| Brooklyn Occupational Therapy September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved providers Working in the Agency** |
| THE ABILITY CENTER<br>3521 Avenue S<br>Brooklyn, NY 11234<br>Contact: Isaac Jacobowitz<br>718-336-3832 | | Larry Jones<br>Beatric Kaplowitz<br>Eleonara Khasina<br>Carline Louis<br>Nancy Clarke-Bettica<br>Patricia ALfano<br>Patric Ponce<br>Rick Delzell<br>Joanna Dobkowska<br>Tatiana Kitaychik<br>Nordia Garnett<br>Tenika Stringer<br>Florencio Javier<br>Tashundra Davis |
| ACCESS FOR CONSULTING INC<br>25 Fenimore Lane<br>Huntington, NY 11743<br>Contact: J DeStefano<br>631-368-7770 | | Anna Gillim<br>Lynn Alkes<br>Elissa Assa<br>Maria Chiulhi<br>Joann DiStefano<br>Joan Grill<br>Danielle Krayewskii<br>Mary Petti Weber |
| ACHIEVE ABILITY OT, LLC<br>150-50 14th Road<br>Whitestone, NY 11357<br>Contact: Kerri Goldman<br>718-767-4191 | | Kerri Goldman<br>Amy Sun<br>Javier Florencio |
| A.C.T.T.C., Inc<br>277 Grand Street, Apt 205<br>New York, NY 10002<br>201-463-9594 | | Jing Wang |
| ACHIEVE THERAPEUTIC SERVICES<br>1538 East 34th Street<br>Brooklyn, NY 11234<br>Contact: Blimie Freedman<br>718-377-2420 | | Rivkah Bauman<br>Aviva Willig<br>Tzippy Sharon Pinsky |
| Magalie Lindor Adrien<br>720 East 32nd Street, Apt 2C<br>Brooklyn, NY 11210<br>917-604-4193 | | |

| Brooklyn Occupational Therapy | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | September 2007 Comments | **Approved providers Working in the Agency** |

ADVANCED PROFESSIONAL MARKETING INC
229 East 21st Street
New York, NY 10010
Contact: Michael Urbino
212-473-3703

Abiera Dexter
Asunto Theresa

Abigail Agaton
1894 Eastchester Road
Bronx, NY 10461
718-518-1133

Murielle Aime
1241 East 53rd Street
Brooklyn, NY 11234
718-930-6577

ALICE CHIU OT PC
MOVEMENTS MATTERS
155 Bay Ridge Avenue
Brooklyn NY 11220
Contact: Alice
718-238-0311or 646-872-0696

Vivian P. Umina
Alice Chiu
Leslie Honniwell
Marvin Russo
Joanne Tracy

Diana -Aninah Ali
97-01 23rd Ave
East Elmhurst, NY 11369
718-672-2970

ALL ABOUT THERAPY
500 Bi-County Blvd., Suite 210N
Farmingdale, NY 11735
Contact: Debbie Powder
718-263-9350

Rebecca Mathew
Michael Miller
Wendy Louie
Flora Tsang
Karen Guardiola

ALL CHILDREN'S THERAPY
999 Central Avenue, #308
Woodmere, NY 11598
Contact: Bernadette Tompkins-Gibat
516-374-7914

Bernadette Gibat
Jaime Palladino
Yael Eisenberg
Rina Greenwald

Lois Kampath
Adina Kurlander
Jennifer Fitzgerald
Margaret Tumelty
Heliana Santos
Elizabeth Connolly
Michele Mikhli
Brocha Hertzberg

| **Brooklyn Occupational Therapy** September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved providers Working in the Agency** |

Jericho Alonte
473 Lisk Avenue
Staten Island, NY 10303
718-698-2739

Vivian Babin
122 Park Place
Brooklyn, NY 11217
718-622-8489

Chava Baum
937 50th Street
Brooklyn, NY 11219
917-428-3501

Tarun K Biswas
785 Green Street. Apt 14
Iselin, NJ 08840
732-910-6880 or 732-726-3643

BLOCK INSTITUTE
376 Bay 44th Street
Brooklyn, NY 11214
Contact: Teresa DelPriore
718-946-9700

Marcus Jarrow
Anthony Monty Williams

Sahlia S. Blount
756 Crown Street
Brooklyn, NY 11213
718-604-9277

Bonnie Breen
206 26th Street
Brooklyn, NY 11232
718-768-8696

BRIGHT SMILE CENTER
1051 59th Street
Brooklyn, NY 11219
Contact: Chaya Glick
718-437-5774

Chana Lefkowitz
Nancy Clarke-Bettila
Rachelle Feiger
Chava E. Luria
Dvora Morgestern
Marjorie Delva
Darlene Yasharian
Miriam Schwartz

| Name of Independent Provider Or Agency | **Brooklyn Occupational Therapy**<br>September 2007<br>Comments | Approved providers Working in the Agency |
|---|---|---|
| Rina Brodt<br>212 Avenue M<br>Brooklyn, NY 11230<br>718-375-0238 | | |
| BROOKLYN HEIGHTS MONTESSORI SCHOOL<br>185 Court Street<br>Brooklyn, NY 11201<br>Contact: Peter Morgan<br>718-858-5100 ext 21 | | Lorri Paulucci<br>Renee Panton |
| Danielle Brown<br>662 Putnam Avenue<br>Brooklyn, NY 11221<br>718-388-0066 | | |
| CANARSIE CHILDHOOD CENTER INC<br>1651-57 Ralph Avenue<br>Brooklyn, NY 11236<br>718-241-9211 | | Helen Kramer<br>Karen Rosenfeld |
| CELESTE FURMANSKY THERAPIES<br>8701 Shore Road, Apt 538<br>Brooklyn, NY 11209<br>Contact: Celeste Furmansky<br>718-833-5016/718-599-9880 | | Celeste Furmansky |
| CHILDREN REHAB PT PC<br>520 76th Street<br>Brooklyn, NY 11209<br>Contact: Elizabeth Rodriguez<br>718-813-9966<br>AND<br>242 Rhine Ave<br>Staten Island, NY 10304 | | Milcah Toralba<br>Murielle Aime<br>Lynn Alkes<br>Cesar Garduque<br>Joann Distefano<br>Brian Tan<br>Mary Grace Rozgal<br>Julie Schader<br>Dino Wilson |
| CHILDRENS THERAPY CORNER<br>1102 52ND Street<br>Brooklyn, NY 11219<br>Contact: Kim Dolan<br>718-437-2240 | | |
| Nancy Clarke-Bettica<br>1290 East 19th Street, #2D<br>Brooklyn, NY 11230<br>718-951-1081 | | |

| Name of Independent Provider Or Agency | Brooklyn Occupational Therapy September 2007 Comments | Approved providers Working in the Agency |
|---|---|---|

Jessica Cervone
9981 Shore Road, Apt 13C
Brooklyn, NY 11209
917-692-3529

Evens Cleophat
628 East 103rd Street
Brooklyn, NY 11236
718-257-1109/917-863-0004

Marie C. Cleophat
672 Janos Lane
West Hempstead, NY 11552
516-410-3548 or 917-531-0544

Marie C. Cleophat
672 Janos Lane
West Hempstead, NY 11552
Cell 516-902-0476/516-255-1743/cell 917-531-0544

Juanita Coachman
55 Clark Blvd
Massapequa Park, NY 11762
516-797-7123 or cell 516-241-1796

Rhoda Cohen
2621 Haring Street
Brooklyn, NY 11235
718-891-4950

THE COMPREHENSIVE CENTER FOR REHAB          Amrita Grover
460 Grand Street
New York, NY 10002                          Vimal Swarup
Contact: Nathan Sklar
212-539-0257

COOPERS KIDS OT-PT SERVICES PLLC            Danielle Benfatti
207 East 84th Street, Room 209
New York, NY 10028
Contact: Susan Foley
212-517-2777

Lynette Dagrosa
154 Carroll Street, D-3
Brooklyn, NY 11231
718-522-2748

| **Brooklyn Occupational Therapy** September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved providers Working in the Agency** |

Gerald Danaher
537 2nd Street
Brooklyn, NY 11215
646-734-1997

Marjorie Delva
310 Lenox Road, #5T
Brooklyn, NY 11226
718-501-3886

Joann DiStefano
389 Half Hollow Road
Dix Hills, NY 11746
631-766-0062

Pamela Ellison
3 Sherwood Terrace, #2J
Yonkers, NY 10704
718-781-5198

Maria Espinal
1479 East 70th Street
Brooklyn, NY 11234
718-930-2059 or 718-531-2624

EUROFITNESS REHABILITATION PLLC            Carrine Montoya
2310 65th Street
Brooklyn, NY 11204
Contact: Violette
718-234-7848/718-234-7868

EXCELLENCE REHAB AND PHYSICAL THERAPY PC            Abigail Agaton
1894 Eastchester Road                       Rachel Malloy
Bronx, NY 10461                             Mariella Zuniga
Contact: Jocelyn De Guzman
718-518-1133

Alyssa M Fagan
603 20th Street
Brooklyn, NY 11218
718-501-7607

Denise Ferrari
PO Box 631
12 Heather Drive
Remsenburg, NY 11960
516-650-6557/631-325-1699

| Brooklyn Occupational Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |

FIRST STEP LLC
2610 East 18th Street, #4
Brooklyn, NY 11235
Contact: Lina Zhitnik
718-332-0080

Lina Zhitnik
Monette Stuart

Liba Fogel
1336 East 34th Street
Brooklyn, NY 11210
718-645-0644

SUSAN FOLEY, OT PC
207 East 84th Street, Room 209
New York, NY 10028
212-517-2777 or 917-805-6471

Susan Foley

Jessica Forrest
1120 A East 92nd Street
Brooklyn, NY 11236
917-301-3325

Rivka Friedler
1538 East 34th Street
Brooklyn, NY 11234
718-627-6706

Debra Gerber
379 Arbuckle Avenue
Cedarhurst, NY 11516
516-374-1814 or 917-971-5327

Susan Greenberg
12 Melba Street
State Island, NY 10314
718-761-4895/cell 718-541-7109

James E. Guobadia
356 Stuyvesant Ave
Brooklyn, NY 11233
718-541-8931

HAND TO HEART THERAPY
1747 East 24th Street
Brooklyn, NY 11229
Contact: Rochel Orzel
718-339-8080

Sharon Yaroslawitz
Aviva Willig
Yehudit Burnstein
Yita Rimmer
Yael Rosenblum

| **Brooklyn Occupational Therapy** | | |
| September 2007 | | |
| **Name of Independent Provider Or Agency** | **Comments** | **Approved providers Working in the Agency** |

HANDS ON OT REHABILITATIVE SERVICES PC
1679 58th Street
Brooklyn, NY 11204
Contact: Amy or Evelyn Guttman
718-621-3385

Amy Guttman
Evelyn Guttman

Susan Harris
135 Ocean Pkwy, Apt 4N
Brooklyn, NY 11218
718-972-5369

HELEN KELLER SERVICES FOR THE BLIND
57 Willoughby Street
Brooklyn, NY 11201
Contact: Sam Morgan
718-522-2122 ext 323

Tene Shaver
Joanne Tracy

HOME HEALTH CARE SERVICES OF NEW YORK
2417 Coney Island Avenue
Brooklyn, NY 11223
Contact: Jeffrey Shemia
718-336-7110

Geri B. Brodsky

Gerald Huff
2301 Kings Highway, Apt 2P
Brooklyn, NY 11229
347-866-4976

Christina Hughes
67 East 3rd Street, #2C
New York, NY 10003
919-444-1133

Clover Hutchinson
111-74 179th Street
St Albans, NY 11433
718-206-1286

Brunette Imbert
1028 Stafford Road
Valley Stream, NY 11580
718-314-8441

| Brooklyn Occupational Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |

IMPORTANT STEPS INC
2447 Eastchester Road, 2nd Floor
Bronx, NY 10469
Contact: Mrs. Reznick
718-882-2111

Sarah Rudney

Michele Jacobs
1868 East 26th Street
Brooklyn, NY 11229
718-339-7812

Bridget L Johnson
6223 Bramble Court
Lawrence, NJ 08648
314-537-4241

Stacy-Ann Julien
31 Paerdegat 4th Street
Brooklyn, NY 11236
718-241-6923/917-301-2615

Malkah Kahn
1841 55th Street
Brooklyn, NY 11204
718-259-8168

Steve Kashulsky
2310 65th Street
Brooklyn, NY 11204
718-234-7848

KCM THERAPY
244 Fifth Avenue, #S267
New York, NY 10001
Contact: David Kim
347-731-7217

Kathleen Rebholz
Jennifer Gendrau
Pat Gil Christ
Siomara Heron
Yocheved Jacob
David Kilen
Maral Kouyoumdjian
Kelly Lenti
Nicole Lewis
Brenda Nelson
Marianne Kim

Eliav Keren
304 West 92nd Street, Apt 3P
New York, NY 10025
646-682-7177

| Name of Independent Provider Or Agency | Brooklyn Occupational Therapy September 2007 Comments | Approved providers Working in the Agency |
| --- | --- | --- |

KIDS IN HARMONY OT, PC
227 Harmony Drive
Massapequa Park, NY 11762
516-804-5782

Patricia Tonello

KIDS IN SHAPE, PT
1336 50th Street
Brooklyn, NY 11219
Contact: Andrea Kallenos
718-435-6906

Nanjila Thapa
Pena Markowitz
Guissy Moise

KIDS-R-PILLAR
CHILDREN'S OCCUPATIONAL THERAPY
149-23 Sanford Ave., Suite A1
Flushing, NY 11355
718-813-4770

Flora Tsang

Jennifer Klein
1934 East 14th Street
Brooklyn, NY 11229
347-268-8639

Malka Koenig
1221 57th Street
Brooklyn, NY 11219
718-437-3647

Janet Krauthamer
1-415 Harborside Place
Jersey City, NJ 07311
201-435-7747

Michael Kutin
240 East 47th Street, Apt 14A
New York NY 10017
917-513-9339

Ross Landa
3848 Greentree Drive
Oceanside, NY 11572
516-680-7447

Fung-Yan Lau
6615 16th Avenue
Brooklyn, NY 11204
718-256-6236

| Brooklyn Occupational Therapy September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved providers Working in the Agency** |

LEAPS & BOUNDS PT & OT
21-14 Newtown Ave
Astoria, NY 11102
Contact: Michael Pfeiffer
718-545-0958

Michael Pfeiffer
Marzena Stec
Monika Mlynarczyk
Liana Gozdyuk

Emily Lei
38 Avon Lane
Staten Island, NY 10314
718-370-1413

Nicole (Nechama) Lew
1079 East 28th Street
Brooklyn, NY 11210
718-252-2539

Diane Lupow
150 West 51st Street, #824
New York, NY 10019
917-842-0123
AND
Diane Lupow
20 Bergen Street
Brooklyn, NY 11201
718-625-3939 Ext 206

MAKING MILESTONES-East Side
320 East 65th Street, Suite 117
New York, NY 10021
Contact: Lori Golden/Robin Hollis
212-249-2588
AND
MAKING MILESTONES-West Side
1775 Broadway, Suite 512
New York NY 10019
Contact: Karen Henngan, Robin Hollis-Bump, Lori Golden
212-757-3551

Eva Resnick
Jenni Kimmel
Jill Sherman
Kate Manoney
Maureen Orr
Maya Wolf
Poorvi Desai
Robyn Heller
Adina Schwartz
Katie Fairbanks

Rachel Malloy
1894 Eastchester Road
Bronx, NY 10461
718-518-1133

Inna Maltsev
2621 Haring Street
Brooklyn, NY 11235
718-891-4950 and 917-215-7805

| Brooklyn Occupational Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |

Miriam Manela
5515 18th Ave
Brooklyn, NY 11204
718-621-4745

MANUAL THERAPY CENTER INC.          Enabosi Felix
431 75th Street                               Cleophat Marie Carmel
Brooklyn, NY 11209                          Cleophat Evans
Contact: Mohammed Hussain
718-680-5679 or 718-745-5570

Leah Margolis
1140 East 26th Street
Brooklyn, NY 11210
718-692-2806

Megan McCormack
314 79th Street #5E
Brooklyn NY 11209
718-419-1225

Alexis McLean
1602 Canarsie Road
Brooklyn, NY 11236
718-968-2012

Liz Medina
646 19th Street
Brooklyn, NY 11218
347-236-7847 or 718-686-2910

Kate Mitterway
411 Beach 130th Street
Belle Harbor, NY 11694
917-626-4405

Norma Mullet
47-31 157th Street
Flushing, NY 11355
917-501-1363

Tiffany Murphy
11595 226th Street
Cambria Heights, NY 11411
718-528-5010 or 718-986-9497

| Brooklyn Occupational Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |
| NEO SERVICES INC 1227 Meadow Brook Road N Merrick, NY 11566 Contact: Mo Varma 516-581-8229 | | Mohit Varma |
| NEW YORK REHAB RESOURCES LTD 3400 Snyder Ave., Suite 1N Brooklyn, NY 11203 Contact: Danielle Brown 877-570-0401 | | Danielle Brown |
| NEW YORK THERAPY RESOURCE 474 Myrtle Ave Brooklyn, NY 11205 Contact: Danielle Brown 718-388-0066 | | Danielle Brown Margaret Rampoo |
| Edward O'Malley 333 Chestnut Street Liberty, NY 12754 845-292-6307 | | |
| OPTIMUM CARE REHAB 3400 Snyder Avenue, Suite IN Brooklyn, NY 11203 718-388-0066 | | Danielle Brown |
| OT ASPEKT & CHIROPRACTIC PLLC DBA KIDS TIME THERAPIES 42-77 65th Place Woodside, NY 11377 Contact: Liz Missir 718-429-2000 | | Elizabeth Missir |
| OT SKILLED CARE PC 80 Seacrest Ave Staten Island, NY 10312 Contact: Daniil Shoyfer 917-681-0338 | | Daniil Shoyfer Tatiana Kitaichik |
| PAWS 4 PEDS 801 East Park Avenue Long Beach, NY 11561 Contact: Henik Calderon 516-214-0471 or 718-812-4541 | | Sara Appleman |

| Brooklyn Occupational Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |
| PEDIATRIC THERAPY CENTER 2621 Haring Street Brooklyn, NY 11235 Contact: Rhoda Cohen 718-891-4950 | | Rhoda Cohen Ina Maltsev |
| Henry Penaranda 350 Patricia Court Union, NJ 07083 646-797-0250 | | |
| PERSONAL TOUCH EIP 158-13 72ND Ave Fresh Meadows, NY 11365 Contact: Donna Di Siena 718-380-7600 ext 341 | | Zorayda Cocchi Melody Dreschler Jenean Rose Ilysia Piscatelli Ellen Vogel Ron Nonaillada Dorma Castillo |
| Michael Pfeiffer 27-34 21st Street, Apt 8A Astoria, NY 11102 516-317-8572 | | |
| PHYSICAL & MENTAL DEVELOPMENT AGENCY 186 Van Sicklen Ave Brooklyn, NY 11207 Contact: Lyndon Gordon 718-647-8259 | | Derek Adam Bernhardt |
| Peri Pike 205 Clinton Ave., Apt 12D Brooklyn, NY 11205 718-625-6245 | | |
| Judy Pill 1155 East 32nd Street Brooklyn, NY 11210 347-224-1142 | | |
| Avigail Plutchok 611 East 3rd Street Brooklyn, NY 11218 718-854-8378 | | |

| **Brooklyn Occupational Therapy**<br>September 2007 | | |
| --- | --- | --- |
| **Name of Independent Provider**<br>**Or Agency** | **Comments** | **Approved providers**<br>**Working in the Agency** |

POTENTIAL OCCUPATIONAL THERAPY PC
303 Merrick Road, Suite 301
Lynbrook, NY 11563
Contact: Jill Anderson
516-619-2222

Jill Anderson<br>Elaine Krebs

Leah Preiserowicz
1415 East 27th Street
Brooklyn, NY 11210
718-377-5328

QUALITY EVALUATION &
CONSULTING SERVICES PLLC
138-44 Jewel Avenue
Flushing, NY 11367
Contact: Marcy Schaffer
718-263-3455
AND
QUALITY EVALUATION &
CONSULTING SERVICES PLLC
30 East 76th Street, Suite 5A
New York, NY 10021
212-734-6457

QCT MANAGEMENT
1530 52nd Street
Brooklyn, NY 11219
Contact: Seth Forthang
718-435-0452

Michael Rivesso

QUEENSBORO PHYSICAL THERAPY
114-20 Rockaway Blvd
So Ozone Park, NY 11420
Contact: Nicholas Oricchio
718-845-4616

Kavita Arora
Deborah Hopkins

QUEENS TOWER PHYSICAL THERAPY PC
92-29 Queens Blvd., Suite 2C
Rego Park, NY 11374
Contact: Ernesto Perez
718-459-1931

Eileen Moynihan Boyle
Heddy Morales
Yamaris Cruz

Marcee Raffel (specialty: prosthetics)
320 East 65th Street
New York, NY 10021
212-737-5660

| Name of Independent Provider Or Agency | Brooklyn Occupational Therapy September 2007 Comments | Approved providers Working in the Agency |
| --- | --- | --- |

Rami Raymond
1560 Union Street
Brooklyn, NY 11213
718-953-3341

Cathy Reid
59 Saint Felix Street, Apt B
Brooklyn, NY 11217
917-676-6004

REHABILITATION ASSOCIATES NY
201 East 87th Street, #16C
New York, NY 10128
Contact: David Rosenfeld
212-987-9244/800-259-1364

RELATED SERVICES ASSOCIATES INC.
1663 East 17th Street
Brooklyn, NY 11229
Contact: Hindy Swartz
718-339-9700

Marianna Reluzco
2610 Harvey Ave
Oceanside, NY 11572
516-632-9367

RIDGEWOOD CLINICAL SERVICES
64-33 Palmetto Street
Ridgewood, NY 11385
Contact: Jeanette Hutter
718-497-2425

Yita Rimmer
3018 Avenue M
Brooklyn, NY 11210
718-377-0248/377-4044

Michael Rivezzo
64 Malone Ave
Long Beach, NY 11561
516-449-8996

Terra Turner
Michelle Chechlich
David Rosenfeld
Susan Morhs
Nicole Dillon

Feler Dureus
Edward Szatmary
Chandan Gosar
Jennifer Delos Santos
Michael Kutin
Bonnie Shams

Catherine M. McGowan
Jeanette Hutter

| **Brooklyn Occupational Therapy** | | |
| Name of Independent Provider Or Agency | September 2007 Comments | Approved providers Working in the Agency |

Gertrude Robertson
599 East 7th Street, Apt 6K
Brooklyn, NY 11218
646-957-3401

Yves Roseus
240-53 Edgewood Street
Rosedale, NY 11422
718-525-5859/917-543-5366

Mary Russotti
475 4th Street
Brooklyn, NY 11215-3006
718-788-7784 OR 917-209-1811

Patricia Rutledge
16 Bonnie Lane
Massapequa, NY 11758
516-798-8131

Adina Saffer
2901 Avenue I, Apt 4E
Brooklyn, NY 11210
347-782-9992

SENSORY FREEWAY                                    Anna Keenaghan
9306 4th Ave                                       Irine Krel-Robles
Brooklyn, NY 11209                                 Margarita Gendelman
Contact: Kathleen McDonnell
718-238-7451

Bonnie Shams
1690 Ocean Pkwy
Brooklyn, NY 11223
718-607-6548

Tene Shavers
682 Park Avenue
Brooklyn, NY 11216
917-566-1117

SLP & OT VILLAGE THERAPY                           Kathryn Fegan
15-29 149th Street
Whitestone, NY 11357
Contact: Elizabeth Skinner
718-224-3947

| Name of Independent Provider Or Agency | **Brooklyn Occupational Therapy** September 2007 Comments | Approved providers Working in the Agency |
| --- | --- | --- |

Gloria Snow
1543 East 18th Street
Brooklyn, NY 111230
718-645-0180

Emilia Solinto
1 Ray Lane
Malverne, NY 11565
516-384-5781

Mary Squillace
710 Lincoln Blvd
Long Beach, NY 11561
347-228-8665 or 516-889-6939

ST. MARY'S HOSPITAL FOR CHILDREN
29-01 216th Street
Bayside, NY 11360
Contact: Colleen Martin
718-819-28254

Ian MacManus
Vanessa Pumillo

Chana Steinberg
70-53 136th Street
Flushing, NY 11367
718-261-1897

Baila Steinman
1428 East 27th Street
Brooklyn, NY 11210
718-951-1964

STRONG REHAB OCCUPATIONAL THERAPY
1323 Greene Ave
Brooklyn, NY 11237
Contact: Marissa Aquino
917-582-8213

Marissa Aquino
Christopher DeGuzman

Monette Stuart
808 Warwick Street
Brooklyn, NY 11207
917-873-3745

SUNCARE REHAB INC
84-24 Little Neck Pkwy
Floral Park, NY 11001
Contact: Gigi Ibrahim
718-962-2994/718-813-9966

Regina De Leon
Murielle Aime
Marjorie Aquino
Michael Rivezzo
Camille Roldan

| **Brooklyn Occupational Therapy** | | |
| **September 2007** | | |
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |
|---|---|---|

AND
242 Rhine Ave
Staten Island, NY 10304

Gregory Wills
Jacquelyn Kim
Kendall Wilson
Joann DiStefano
Mei Fong Tsang
Olga Florez
Mary Grace Ruzgal
Mei Tsang
Lynn Alkes

SUPPORT BY DESIGN INC
143 Reade Street
New York, NY 10013
Contact: Betty Eng Lee
212-964-9252

Linda Lyons
Linda Matthews
Jennifer Persh
Peri Pike
Micah Rafferty
Rachel Beauchamp
Pia Bose
Andrea Burstein
Rochelle Green-Doctor
Jacquelyn Kim
Casey Pitchman
Shoshana Rosenbaum
Cathy Reid
Linda Rowe
Julia Schuette
Cameron Smith
Padra Smith
Robin Weiner
Sarah Ward
Elizabeth Wivell
Amy DeFrancesco
Shari Hasner
Kara Tavolacci
Kim Ebert
Audrey Schmalle
Mercy Taby Jim Kelly
Senya Speaks
Elisa Felds
Shelly Caliender
Michelle Stohr
Su Chung
Munira Adenwalla

Yvonne Tarzia-Morano
242 Natick Street
Staten Island, NY 10306
718-980-0410

| **Brooklyn Occupational Therapy** | | |
| Name of Independent Provider Or Agency | **September 2007** Comments | Approved providers Working in the Agency |
| --- | --- | --- |

Terri Taylor
1007 Ralph Ave.
Brooklyn, NY 11236
718-485-2837

THERAPEUTIC SERVICES INC.
2409 Avenue K
Brooklyn, NY 11210
Contact: Dini Grunweld
718-692-1929

    James Johnson

THERAPY FOR KIDS, OT, PT, SLP, LLC
68-68 Main Street
Flushing, NY 11367
Contact: Judy Avigdor
718-7793-5202

    Judy Fuhrer-Avigdor
    Pamela Ellison El
    Seena K. Matthew-Poulose
    Jaymie Joseph-Mathew
    Danielle Brown
    Amy Bregman McCandles
    Faith Brennan
    Alicia Shorter
    Annette Herstic
    Luz Contreras
    Nancy Hofsiss
    Bridget L Johnson

THERAPY PROS LLP
94 Rivington Street
New York, NY 10002
AND
962 Manor Road
Staten Island, NY 10314
Contact: Margo Lichtenthal
877-446-8880

    Christine Laviano
    Keri Galuskin
    Lori Grossi
    Shoshanna Rabin
    Dawn Maretta-Kielb
    Margo Lichtenthal
    Esther Misrahi Elting
    Christine Laviano
    Arlyn Kvares
    Ann McLean
    Kim Ebert

THERAPY ROOM
486 MacDonough Street
Brooklyn, NY 11233
Contact: Tracey Williams
917-482-6251

    Tracey Williamson

THERAPY SERVICES OF GREATER NEW YORK
45 North Station Plaza, Suite 101
Great Neck, NY 11021
Contact: Susan Lubrano
516-482-2650

    Dolores Williams
    Alma Rockmore
    Susan Lubrano
    Shannon Wilson
    Stacey Ross

| Name of Independent Provider Or Agency | **Brooklyn Occupational Therapy**<br>September 2007<br>Comments | Approved providers Working in the Agency |
| --- | --- | --- |
| | | Brian Rickard |
| Ruth Tomalski<br>230 Willow Ave., Apt 4<br>Hoboken, NJ 07030<br>203-767-6942 | | |
| Bernadette Tompkins-Gibat<br>56 Farrell Street<br>Long Beach, NY 11561<br>516-205-7984 | | |
| Dvora Tversky<br>1339 East 4th Street<br>Brooklyn, NY 11230<br>718-758-2464 | | |
| UNITED PHYSICAL THERAPY PC<br>PO Box 230-815<br>Brooklyn, NY 11223<br>Contact: Liya Luo<br>917-968-8001 | | Miao Ling Tang |
| UNIVERSAL STAFFING & CONSULTING CORP<br>1323 Greene Ave<br>Brooklyn, NY 11237<br>Contact: Marissa Aquino<br>917-582-8213 | | Marissa Aquino<br>Christopher DeGuzman |
| WATCH ME GROW<br>141 West 72nd Street, Apt 2<br>New York, NY 10023<br>Contact: Shirael Pollack<br>212-721-5220 | | Melissa Frey<br>Kimberly Fellingham<br>Joseph Christensen<br>Christien Hough |
| Tracey Williamson<br>486 MacDonough Street<br>Brooklyn, NY 11233<br>917-482-6251 | | |
| Aviva Willig<br>2007 New York Avenue<br>Brooklyn, NY 11210<br>718-258-0180 | | |

| Brooklyn Occupational Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |

Elizabeth A. Wivell
203 Rivington Street, Apt 5L
New York, NY 10002
917-334-6837

Jennifer C Yuen
99 John Street, #821
New York, NY 10038
917-254-8185

Irene Yusim
9 Villa Nova Street
Staten Island, NY 10314
718-986-3443

YVONNE TARZIA MORANO OTR
1315 70th Street
Brooklyn, NY 11228
718-833-0213
AND
242 Natick Street
Staten Island, NY 10306
718-833-0213

Yvonne Tarzia Morano
Kevin Cullen

ZERO GRAVITY ACTION
108 Madison Street, #13
New York, NY 10002
Contact: Cindy Yen 718-237-6088

ZICHRON YEHUDA BAIS SIMCHA
1051 59th Street
Brooklyn, NY 11219
Contact: Esther
718-438-9275

Chana Lefkowitz
Devorah Morgenstern

Mariella Zuniga
1894 Eastchester Road
Bronx, NY 10461
718-518-1133

| Brooklyn, Physical Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved Providers Working In The Agency |

THE ABILITY CENTER
3521Avenue S
Brooklyn, NY 11234
Contact: Isaac Jacobowitz
718-336-3832

Isaac M. Jacobowitz
Kimberly O'Brien
Carolyn Kearns
Kishore Kanduri
Marilyn Goldenberg
Sarah M Vulgamott

Gamal Mohamed Aboseria
330 67th Street, #2L
Brooklyn, NY 11220
718-748-4140 or 212-495-9155

Hatem Abou-Hassan
200 Bay 49th Street
Brooklyn, NY 11214
718-926-8040

Rosario Accardi
99-54 163rd Street
Howard Beach, NY 11414
646-431-9303

ACCESS F CONSULTING, INC
25 Fenimore Lane
Huntigton, NY 11746
Contact: J Di Stefano
631-368-7770

Kumar Krisnemoorthi
Kalpana Balasubramanian
Kathleen Haley
Christine Malnauskias

ADVANCED PROFESSIONAL MARKETING, INC
229 East 21st Street
New York, NY 10010
Contact: Michael Urbino
212-473-3703

Belarmino, Caroline
Bengson, Bella Helena
Flores, Eric
Geronimo, Christine
Cuevas, Emmy Lou
Ilagan, Arvin
Lim, Victor Jr
Lomantar, Edda AEvelyn
Pagador, Marie Glou
Rivera Genevieve
Sarmogenes, Meiden
Unating, Cherry
Glenda V Mapa

Viktoria Agaronnik
1851 East 18th Street
Brooklyn, NY 11229
718-382-7763

| Brooklyn, Physical Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved Providers Working In The Agency |

Raouf Akl
160 Hamilton Road
Tinton Falls, NJ 07724
732-693-8300

ALICE TSE CHIU OTR, PC
1510 39th Street
Brooklyn, NY 11218
Contact: Alice Tse
646-872-0696

Shan Tang
Chi Yeung

ALL CHILDREN'S THERAPY
999 Central Avenue
Woodmere, NY 11598
Contact: Bernadette Tompkins-Gibal
516-374-7914

Daniel Aryeh
Emiola Adegbite
Kelly Ann Shevlin
Krishnamoorthi Kumar
Gail Usher
Lori Savidge Augugliaro
Sarah McGuire
Sonia Miller

A.M.O. PHYSICAL THERAPY, PC
2017 65th Street
Brooklyn, NY 11204
Contact: Ahmed Omran
917-535-7062

Ahmed Omran
Abdelhamed abourya
Sherif Doab
Ehab El-Sayed
Tarek Taha Erfan
Mohamed Mohamed

Ayman Andrawis
1894 Eastchester Road
Bronx, NY 10461
718-518-1133

ARI S BRAND LLC
1215 47th Street, #G2
Brooklyn, NY 11219
Contact: Fay
718-853-0695

David Jonathan Dembitzer
Ari S. Brand
Ian Feldman

ARI LEVINE PT PC
468 Ocean Pkwy
Brooklyn, NY 11218
718-282-0013

Ari Levine

| Brooklyn, Physical Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved Providers Working In The Agency |

BABY BLOOMS REHAB
1172 65th Street
Brooklyn, NY 11219
718-219-1752

    Gamal Mousa

Rommel Ballesteros
128 Aviston Street
Staten Island, NY 10306
917-257-0927

Erin Barton
247 Dahlgreen Place
Brooklyn, NY 11228
347-992-0115

BAY RIDGE PHYSICAL THERAPY, PC
466 78th Street
Brooklyn, NY 11209
Contact: Ashraf Saad
917-407-5054

    Ashraf Saad
    Hussein Ahmed

Jason Bernstein
409 Arbuckle Avenue
Cedarhurst, NY 11516
516-313-1679

Dora J Betancourt
118-18 Union Turnpike, #14K
Kew Gardens, NY 11415
718-261-9530

Rochelle Becher
600 East 8th Street
Brooklyn, NY 11218
718-490-2815

Bayla Bobker
1039 New McNeil Ave.
Lawrence, NY 11559
516-239-6921

BRIGHT SMILE CENTER
1051 59th Street
Brooklyn, NY 11219
Contact: Chaya Glick
718-437-5774

    Chaya Lefkowitz
    Esmeralda Zafiris Rivers
    Syma Eichenstein

| Brooklyn, Physical Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved Providers Working In The Agency |

BROOKLYN HEIGHTS MONTESSORI SCHOOL
185 Court Street
Brooklyn, NY 11201
Contact: Matthew Pudner
718-858-5100

Anastasia DiLieto
Esmahan Wahib

CANARSIE CHILDHOOD CENTER INC
1651-57 Ralph Avenue
Brooklyn, NY 11236
718-241-9211

Rhonda Stallings

CHILDREN REHAB PT, PC
520 76th Street
Brooklyn, NY 11209
Contact: Daisy Rodriguez
718-813-9966
AND
242 Rhine Ave
Staten Island, NY 10304

Sameh Genidy
Hussein Mohamed
Hatem Abou-Hassan
Shaban Elamaway
Magdi Hussein
Ahmed AHmed
Ibrahim Abdelfatah
Saadi Elsayed
Khaled Afify
Asim Eladl

CHILDREN'S THERAPY CORNER
1102 52nd Street
Brooklyn, NY 11219
Contact: Nancy Heffron
718-437-2240

Nancy Heffron
Toni AnnMercogliano
Maria Malilay
Shiela Vazquez

Jill Conlon
73 Woodvale Avenue
Staten Island NY 10309
718-356-7842

Susan Gier
42 Damascus Drive
Marlboro, NJ 07746
732-780-5175

DAYSPRING PHYSICAL THERAPY, PC
81-14 Baxter Ave., Suite 1-H
Elmhurst, NY 11373
Contact: Ediberto Ilano
646-782-6021

Ediberto Ilano
Verna Mago

| Brooklyn, Physical Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved Providers Working In The Agency |

Rochelle Delizo
2229 Church Street
Rahway, NJ 07065
732-340-0368

Sherif Diab
230 Bay 22nd Street
Brooklyn, NY 11214
347-374-2472 or 917-821-5913

Faye E. Dilgen
32 Brighton Street
Staten Island, NY 10307
718-227-3201

Hossameldien Elkholy
1922 63rd Street
Brooklyn, NY 11204
718-864-7930

Ihab Taha Elkoush
7004 3rd Avenue
Brooklyn, NY 11209
718-496-2512

Ahmed Elwany
358 68th Street
Brooklyn, NY 11220
917-723-8249

EMILIA'S KIDS                                              Imrul Kabir
84-03 57th Ave.
Elmhurst, NY 11373
Contact: Teresa Paretti
718-899-9060

EUROFITNESS REHABILITATION PLLC              Audryus-Marius Talochka
2310 65th Street
Brooklyn, NY 11204
Contact: Violett
718-234-7848/718-234-7868

| Brooklyn, Physical Therapy September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved Providers Working In The Agency** |

EXCELLENCE REHAB AND PHYSICAL THERAPY PC
1894 Eastchester Road
Bronx, NY 10461
Contact: Jocelyn de Guzman
718-518-1133

Ladybird Reyes
Mohammed Moustafa
Harry Francisco
Auman Andrawis
Jocelyn Ruiz-de Guzman
Ferdinand C. de Jesus

Oluwatoyin John Fadugba
2088 Murray Hill Street
Elmont, NY 11003
516-326-8225

Khristina Feril
166-05 Highland Ave., #5D
Jamaica, NY 11432
718-297-0193/917-519-6010

Igor Feldman
2310 65th Street
Brooklyn, NY 11204
718-234-7848

FIRST STEP LLC
2610 East 1st Street, Suite B
Brooklyn, NY 11235
Contact: Lina Zhitnik
718-332-0080

Tzondova Svetlana
Berko Ruxandra
Irene Laczano
Gemidy Sameh
Igor Mirza dhanov

Harry Francisco
1894 Eastchester Road
Bronx, NY 10461
718-518-1133

Salvatore Frazzetto
247 Concord Drive
Freehold, NJ 07728
732-577-2859

Alan Fried
144 87th Street
Brooklyn, NY 11209
718-836-9138/cell 917-653-7999

| **Brooklyn, Physical Therapy** September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved Providers Working In The Agency** |

Michael O. Gallano
347 East 14th Street, Apt. 4R
New York, NY 10003
917-669-8104

Bernadette Garcia
312 Michael's Court
Woodbridge, NJ 07095
732-634-5213 or 973-204-0960

Ann Gregory
43 Whitney Drive
Woodstock, NY 12498
845-679-8138

Elizabeth Gunn
90 Douglass Street
Brooklyn, NY 11231
917-921-0476

Ashraf A. Hanna
1561 West 6th Street, #3A
Brooklyn, NY 11204
508-269-8406

Usama Hanna
1324 Fourth Ave., #430
Staten Island, NY 10302
917-545-9249

James Harwood
10 Peterson Road
Monroe, NY 10950
646-831-4915

HASC DIAGNOSTIC TREATMENT CENTER                    Perel Brodt
1221 East 14th Street
Brooklyn, NY 11230
Contact: Nechama Ausch
718-535-1972

Ashraf Hassan
45 Crestwater Court
Staten Island, NY 10305
718-816-0413 or 646-382-5111

| **Brooklyn, Physical Therapy** September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved Providers Working In The Agency** |

Yao-Xin He
2518 East 11th Street
Brooklyn, NY 11235
347-563-1350

HELEN KELLER SERVICES FOR THE BLIND
57 Willoughby Street
Brooklyn, NY 11201
Contact: Sam Morgan
718-522-2122 ext 323

Eliz. Ramachandra Gunn
Naheed Gilani

Nicole Hirschey
212 East Broadway, #G1702
New York, NY 10002
646-287-3114

Ahmed Hussein
917 77th Street
Brooklyn, NY 11228
718-745-3294

Charlowe Ibarra
50-29 45th Street
Woodside, NY 11377
917-324-5051

THE IDEAL CARE INC
8612 4TH Ave.
Brooklyn, NY 11209
718-408-0527 or 718-748-3265

Abraham Salem
Gamal Abdaag

INFINITY REHABILITATION PT, PC
218-67 Grand Central Pkwy
Hollis Hills, NY 11427
347-267-8963

Philip Cheng

JABEZ PHYSICAL THERAPY PC
61-25 98th Street, Suite 16N
Rego Park, NY 11374
Contact: Madeleine Linsangan
917-238-9554

Madeleine Linsangan

Isaac M. Jacobowitz
3712 Avenue S
Brooklyn, NY 11234
917-282-6415

| **Brooklyn, Physical Therapy**<br>September 2007 | | |
|---|---|---|
| **Name of Independent Provider<br>Or Agency** | **Comments** | **Approved Providers<br>Working in The Agency** |

KCM THERAPY
244 Fifth Avenue, #S267
New York, NY 10001
Contact: David Kim
347-731-7217

Gerardo Cruz

Maureen Perido

KIDS IN SHAPE PHYSICAL THERAPY, LLC
1336 50th Street
Brooklyn, NY 11219
Contact: Andreas Kallenos
917-748-7713

Andreas Kallenos
Alyssa Kallenos
Sherryl Quiriones
Shani Fried
Rochelle Delizo
Vincent Shek

Jennifer Kiefer-Mannarino
1013 76th Street
Brooklyn, NY 11228
917-971-3348

Abe Kopolovich
2301 Kings Highway, Apt. 4P
Brooklyn, NY 11229
917-494-7748

Jehn (John) Lam
80-04 257th Street
Glen Oak, NY 11004
718-290-7973

Michael Lazo
397 Stockholm Street, Apt. 212
Brooklyn, NY 11237
718-484-0213

LEAPS & BOUNDS PT & OT
21-14 Newtown Ave.
Astoria, NY 11102
Contact: Michael Pfeiffer
718-545-0958

Marzena Stec
Monica Ewa Mlynarczyk

Rosanna Lee
138 71st Street, Apt. A-2
Brooklyn, NY 11209
718-238-6832

| Brooklyn, Physical Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved Providers Working In The Agency |

Michael Lepore
235 East 25th Street, #1
New York, NY 10010
212-689-9469

Ari Levine
468 Ocean Pkwy
Brooklyn, NY 11218
718-282-0013

Madeleine Linsangan
61-25 98th Street, Suite 16N
Rego Park, NY 11374
917-238-9554

Liya Luo
2046 West 4th Street, 2nd Floor
Brooklyn, NY 11223
917-968-8001

Brian Mabrey
6917 Shore Road
Brooklyn, NY 11209
718-921-8780

MAJESTY CORP
8751 20th Ave., Apt 2F
Brooklyn, NY 11214
Contact: Asim Eladl
646-220-2712

Asim Eladl
Ahmed Mahmoud
Khaled Afify
Ayman Ahmed-Mahmoud
Ahmed Haikel
Sherif Diab
Usama Ashour
Hussein Ibrahim
Khaled Nasr
Tarek Taha Erfan
Omaima Mohamed Kamel

MAKING MILESTONES-East Side
320 East 65th Street, Suite 117
New York, NY 10021
Contact: Lori Golden/Robin Hollis
212-249-2588
AND

Beth Pokrywa
Michelle Dwertman
Purva Patel
Robin Hollis-Bump
Patricia Kramps
Jenny Haseney

| Brooklyn, Physical Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved Providers Working In The Agency |
| MAKING MILESTONES-West Side<br>1775 Broadway, Suite 512<br>New York, NY 10019<br>Contact: Karen Henngan, Robin Hollis-Bump, Lori Golden<br>212-757-3551 | | Colleen Barry |
| MASEFIELD PHYSICAL THERAPY<br>7608 15th Ave.<br>Brooklyn, NY 11228<br>Contact: Joy Masefield<br>718-259-0900 | | Joy Masefield |
| Solomon (Shloimy) Mayer<br>1250 40th Street<br>Brooklyn, NY 11218<br>718-288-3109 | | |
| Toni Ann Mercogliano<br>240 96th Street<br>Brooklyn, NY 11209<br>718-833-7849 | | |
| MHZ PHYSICAL THERAPY PC<br>2546 Cropsey Ave., 1st Floor<br>Brooklyn, NY 11214<br>Contact: Mohamed Zidan<br>718-946-6058/917-622-6058 | | Mohamed H. Zidan |
| MILESTONE SERVICES CORP<br>1450 Dunbar Street<br>Far Rockaway, NY 11691<br>Contact: Jonathan Orgel<br>516-455-8944 | | Jonathan Orgel |
| Hanna Minsky<br>633 East New York Avenue, #21F<br>Brooklyn, NY 11203<br>718-493-4372 | | |
| Cristiana Camelia Mitar<br>59-11 Madison Street, Apt. 2-C<br>Ridgewood, NY 11385<br>718-418-3771 | | |

| Brooklyn, Physical Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved Providers Working In The Agency |
| MITCHELL./MARTIN INC. 80 Wall Street, Suite 1215 New York, NY 10005 Contact: Marie Romano 212-943-2808/646-723-7308 | | Margaret Cariello Sheila Vasquez Queenie Minguez Maria Amparo Marzouk Ellythy Mohammed Mansour |
| NADA H CORP 211 Battery Avenue, 3rd floor Brooklyn, Y 11209 Cotact: Haikel 718-748-4105/917-361-5863 | | Ahmed Haikel Asim Eladl |
| NEO SERVICES INC 1227 Meadowbrook Road N Merrick, NY 11566 Contact: Mo Varma 516-581-8229 | | Dorothy Racimo |
| NEW YORK, THERAPY RESOURCES 474 Myrtle Ave Brooklyn, NY 11205 Contact: Danielle Brown 718-388-0066 | | Natalie Peters |
| Frank Ogbahon 719 East 49th Street Brooklyn, NY 11203 718-629-0894 or 917-554-5987 | | |
| Victoria Onifade 227-02 112th Road Queens, NY 11429 718-468-1175 | | |
| ORIEL INTERNATIONAL CORP. 8523 Fort Hamilton Pkwy, Apt. 3A Brooklyn, NY 11209 718-921-2561 | | Okasha Ali |
| Richard Orsini 6518 20th Avenue Brooklyn, NY 11204 718-605-5532 | | |

| Brooklyn, Physical Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved Providers Working In The Agency |

Enrico Pasquarello
1654 64th Street
Brooklyn, NY 11204
718-837-1251

PAWS 4 PEDS
801 East Park Ave.
Long Beach, NY 11561
Contact: Henik Calderon
516-214-0471/718-812-4541

Henik Calderon
Karen Scheck

Michael G. Peralta
415 Argyle Road, #5F
Brooklyn, NY 11218
718-856-3376

Ernesto Perez
92-29 Queens Blvd., Suite 2C
Rego Park, NY 11374
718-459-1931

PERSONAL TOUCH EIP
158-13 72nd Ave.
Fresh Meadows, NY 11365
718-380-7600 ext 341

Ann Marie Marhn
Dora Betancourt

PHYSICAL THERAPY CONNECTION, PC
200 Bay 49th Street, 1st Floor
Brooklyn, NY 11214
Contact: Hatem Abou-Hassan
718-926-8040

Hatem Abou-Hassan
Abdelhamid Abourya
Yasser Shalaby

Michael Pinckney
184-27 145th Ave.
Jamaica, NY 11413
347-661-2646

P & K OF NEW YORK MANAGEMENT SERVICES, INC
303 Fifth Avenue Suite, 1411
New York, NY 10003
Contact: Hazel Kudera
212-481-8678

Madeleine Puaben
Ronilo Nemenzo
Irma Curso
Edilene Flores
Susan Abiog

| Brooklyn, Physical Therapy<br>September 2007 | | |
|---|---|---|
| **Name of Independent Provider**<br>**Or Agency** | **Comments** | **Approved Providers**<br>**Working In The Agency** |
| PORT REHAB MEDICAL PC<br>3857 Kings Highway, Suite IT<br>Brooklyn, NY 11234<br>Contact: Faina<br>718-258-0255 | | Hassan El Khatib |
| PRAISE PHYSICAL THERAPY PC<br>2088 Murray Hill Street<br>Elmont, NY 11003<br>516-326-8225 | | Oluwatoyin John Fadugba |
| PROFESSIONAL PHYSICAL THERAPY SERVICE<br>497 Adelphi Street<br>East Meadow, NY 11554<br>516-505-0568 | | Svetlana Tzondova |
| QUALITY EVALUATION &<br>CONSULTING SERVICES PLLC<br>138-44 Jewel Avenue<br>Flushing, NY 11367<br>Contact: Marcy Schaffer<br>718-263-3455<br>AND<br>30 East 76th Street, Suite 5A<br>New York, NY 10021<br>212-734-6457 | | |
| QCT MANAGEMENT<br>1530 52nd Street<br>Brooklyn, NY 11219<br>Contact: Seth Forthang<br>718-435-0452 | | Sabri Bahlool<br>Khristina Feril |
| QUEENS TOWER PHYSICAL THERAPY PC<br>92-29 Queens Blvd., Suite 2C<br>Rego Park, NY 11374<br>Contact: Ernesto Perez<br>718-459-1931 | | Ernesto Perez |
| QUEENSBORO PHYSICAL THERAPY<br>114-20 Rockaway Blvd.<br>So Ozone Park, NY 11420<br>Contact: Nicholas Oricchio<br>718-845-4616 | | Nicholas Orrichio<br>Vibhakar Karambelkar |

| Brooklyn, Physical Therapy September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved Providers Working In The Agency** |
| REHAB TOUCH INC 230 Bay 22nd Street Brooklyn, NY 11214 Contact: Sherif Diab 917-821-5913 or 347-374-2472 | | Sherif Diab |
| REHAB R US PT PC 370 Bay Ridge Pkwy Brooklyn, NY 11209 Contact: Gamal Mousa 718-745-4800 | | Gamal Mousa Mohamed Ibrahim |
| Ronald F. Restivo 7 Columbia Place Port Washington, NY 11050 516-944-3154 | | |
| RPT PHYSICAL THERAPY 335 Court Street Brooklyn, NY 11231 Contact: Brian Raimondi 718-855-1543 | | Brian Raimondi Abraham Moises Monica Kansal |
| Ladybird Reyes 1894 Eastchester Road Bronx, NY 10461 718-518-1133 | | |
| RICHARD ORSINI PT 6518 20th Avenue Brooklyn, NY 11204 Contact Rich Orsini Sr. 718-605-5532 | | Richard Orsini Jonathan DiGregorio |
| Esmeralda Rivera 879 71st Street, 2nd Floor Brooklyn, NY 11228 718-748-1995 or 917-916-6766 | | |
| Peter Rogowski 139 Second Avenue, #20 New York, NY 10003 212-254-7879 | | |

| **Brooklyn, Physical Therapy** | | |
| **September 2007** | | |
| Name of Independent Provider<br>Or Agency | Comments | Approved Providers<br>Working In The Agency |

Jocelyn Gloria Ruiz-deGuzman
1894 Eastchester Road
Bronx, NY 10461
718-518-1133

Anna Ruocco
60 Plaza Street, Apt. 2B
Brooklyn, NY 11238
718-636-2122

Stephanie Salsedo
47-25 Bell Blvd.
Bayside, NY 11361
718-423-0414

Omar Saleem
62-54 97th Place, Apt. 6F
Rego Park, NY 11374
516-603-3872

Abdelrahman Salem
8612 4th Avenue
Brooklyn, NY 11209
718-408-0527

Yasser Salem
84-24 Little Neck Pkwy
Florasl Park, NY 11001
917-701-6524

Sheryll Savillas-Quiriones
102-12 Avenue L
Brooklyn, NY 11236
718-942-4217

Sayed F. Sayed
2514 East 14th Street
Brooklyn, NY 11235
718-648-6262 or 917-251-5916

SENSORY FREEWAY                                          Anna Y. Len
9306 4th Ave.
Brooklyn, NY 11209
Contact: Kathleen McDonnell
718-238-7451

| Brooklyn, Physical Therapy September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved Providers Working In The Agency** |

Jennifer Sepuvelda
143 Cedar Hill Ave.
Belleville, NJ 07109
917-517-4434

Thobile Sibanda
Broadway Physical Therapy
289 Broadway
Staten Island, NY 10310
718-448-4500

SIS MANAGEMENT                                    Brian Mabrey
6917 Shore Road
Brooklyn, NY 11209
Contact: Brian Mabrey
718-921-8780

S. FRAZZETTO PHYSICAL THERAPY SERVICES PC          Salvatore Frazzetto
5422 Fort Hamilton Pkwy
Brooklyn, NY 11219
718-853-5510

SIGNATURE REHAB PT, PC                             Ahmed N. Adbelmoanem
1922 63rd Street, 2nd Floor                        Sherif Diab
Brooklyn, NY 11204                                 Abdelhamid Abourya
Contact: Nancy Negm                                Khaled Lamada
718-234-9205                                       Akram Elzend
                                                   Sayed Sayed
                                                   Ehab El-Sayed
                                                   Waleed Ebrahim
                                                   Hassan Mahmoud ElKhatib
                                                   Tarek Tahamohamed Erfa
                                                   Elkhouly Hossameldien
                                                   Mohamed Yahia ElSaidy
                                                   Sayed Abdelazim Gomaa
                                                   Hussein ElPrince Hussein
                                                   Mohamed Abdel Monem
                                                   Hussein Mowafak Fawzy
                                                   Tamer Abouu Masallam
                                                   Raouf Aki
                                                   Eman ALi
                                                   Hassan S Elsiam
                                                   Ramy Farouk Ahmed

| Brooklyn, Physical Therapy September 2007 | | |
| Name of Independent Provider Or Agency | Comments | Approved Providers Working In The Agency |
| S.I.S. MANAGEMENT 6917 Shore Road Brooklyn, NY 11209 718-921-8780 And 314 Seaview Ave. Staten Island, NY 10305 718-987-1343 | | Brian Mabrey |
| ST MARY'S HOSPITAL FOR CHILDREN 29-01 216th Street Bayside, NY 11360 Contact: Colleen Martin 718-819-2854 | | Heather Curry Lisa Anderson Dahlia Fargo Saperstein Cheryl Balsam Katharine Simmonelli Mark Kelly |
| Marzena Stec 27-34 21st Street, Apt. 8A Astoria, NY 11102 646-331-9540 | | |
| SUPPORT BY DESIGN INC. 143 Reade Street New York, NY 10013 Contact: Betty Eng Lee 212-964-9252 | | Kayla K. Chung-Park Nicole Hirschey Karen Martinez Laura Prager Colleen Barry Hallie Gottesman Stephen Fadullon Arsenio Paez Constadina Balis Nhu Tinu Lu Gloria Perez Margaret Cariello Alison Snook Jovial E B Lewis Ingrid Hagard Rosanna Lee |
| THERAPEUTIC SERVICES INC. 2409 Avenue K Brooklyn, NY 11210 Contact: Dini Grunweld 718-692-1929 | | Deena Victor Hamdy Shalan Ester Yusupova |

| Brooklyn, Physical Therapy | | |
|---|---|---|
| | September 2007 | |
| Name of Independent Provider Or Agency | Comments | Approved Providers Working In The Agency |

THERAPY FOR KIDS OT, PT, SLP, LLC
68-68 Main Street
Flushing, NY 11367
Contact: Judy Avigdor
718-776-7440

Adena Greenfield
Jennifer Simmons
Debbie Smith
Ashraf Saad
Joseph Scarpati
Rhona Selkowitz
Sherif Diab Usama
ShappanSayed Gomaa
Khaled Nasr
Alexis Farruggio

THERAPY-IN-MOTION PC
856 46th Street
Brooklyn, NY 11220
Contact: Abe Kopolovich
917-494-7748

Abe Kopolovich

THERAPY PROS LLP
88 Rivingston Street
New York, NY 10002
AND
962 Manor Road
Staten Island, NY 10314
Contact: Esther Misrahi/Margo Lictenthal
877-446-8880

Michelle Baker
Ria Charo Badiola
Rommel Ballesteros
Rheam Mansour
Meiden Sarmogenes
Gyulnara Avshalumova
Allyson Perch

Linda Tomas
17-85 215th Street
Bayside, NY 11360
718-631-9022

TOTAL DIMENSION THERAPY
2421 Avenue U
Brooklyn, NY 11229
Contact: Ahmed Khamise
718-614-5700

Ahmed Khamise

UNITED PHYSICAL THERAPY, PC
PO Box 230815
Brooklyn, NY 11223
Contact: Liya Luo
917-968-8001

Liya Luo

| Name of Independent Provider Or Agency | **Brooklyn, Physical Therapy**<br>September 2007<br>Comments | Approved Providers Working In The Agency |
|---|---|---|
| Chana Volovik<br>606 Montgomery Street<br>Brooklyn, NY 11225<br>718-774-9432 | | |
| Esmhan Wahib<br>331 Warren Street<br>Brooklyn, NY 11201<br>718-974-7175 | | |
| WATCH ME GROW<br>141 West 72nd Street, #2<br>New York, NY 10023<br>914-589-6669 | | Shirael Pollack |
| WILLIAMSBURG INFANT & EARLY CHILDHOOD DEVELOPMENT CENTER, INC<br>18 Harrison Avenue<br>Brooklyn, NY 11211<br>Contact: Shloma Weiss<br>718-782-4426 | | Joan Katz<br>Sara Powell |
| E. Yellow-Duke<br>34 Plaza Street, Suite 108<br>Brooklyn, NY 11238<br>718-783-9800 | | |
| YERU REHAB PT, PC<br>1250 40th Street<br>Brooklyn, NY 11218<br>718-288-3109 | | Solomon Mayer |
| Ester Yusupova<br>414 Elmwood Avenue, Apt. 2J<br>Brooklyn, NY 11230<br>718-252-8223 | | |
| ZICHRON YEHUDA BAIS SIMCHA<br>1051 59th Street<br>Brooklyn, NY 11219<br>Contact: Esther<br>718-438-9275 | | Chana Lefkowitz |

| Name of Independent Provider Or Agency | Brooklyn, Physical Therapy September 2007 Comments | Approved Providers Working In The Agency |
| --- | --- | --- |

Reck Zyada
733 Bay Ridge Ave., Apt. 2R
Brooklyn, NY 11220
718-491-9430

| **Brooklyn Speech Therapy**<br>September 2007 | | |
|---|---|---|
| **Name of Independent Provider**<br>**Or Agency** | **Comments** | **Approved providers**<br>**Working in the Agency** |
| THE ABILITY CENTER<br>3521 Avenue S<br>Brooklyn, NY 11234<br>Contact: Isaac Jacobowitz<br>718-336-3832 | | Marlyn Mizrahi Gaba<br>Emily Sussman Sollecito |
| ACHIEVE THERAPEUTIC SERVICES<br>1538 East 34th Street<br>Brooklyn, NY 11234<br>Contact: Blimie Freedman<br>718-377-2420/917-561-5693 | Yiddish<br><br>Yiddish<br>Yiddish<br>Yiddish | Blimie Freedman<br>Michelle Rubinstein<br>Renee Jeremias<br>Risa Herman<br>Rzvi Ziegler |
| ADLER, MOLLY, GURLAND, LLC<br>2425 Kings Highway<br>Brooklyn, NY 11229<br>Contact: Toni Cavallo | | Carrie Idler<br>Elizabeth Shukofksy<br>Naomi Shvaly<br>Beryl L Adler<br>Gail B. Gurland<br>Vivian Bollag<br>Nechama Eichorn<br>Jaclyn S. Eiger<br>Leda S. Molly<br>Jaclyn Eiger<br>Nechama Eichorn<br>Leila Weiss<br>Laurie Michaels |
| ADVANCED PROFESSIONAL MARKERTING INC<br>229 East 21st Street<br>New York, NY 10010<br>Contact: Michael Urbino<br>212-473-3703 | | Cheryl Botwinick<br>Christina Landron |
| Sophia Aidiniou<br>1324 63rd Street<br>Brooklyn, NY 11219<br>718-236-2153 | | |
| ALIZA PERL OF PERLCARE INC<br>428 Maren Street<br>West Hempstead, NY 11552<br>Contact: Aliza Perl<br>516-481-0905 | | Aliza Perl |

| Brooklyn Speech Therapy September 2007 | | |
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |
| --- | --- | --- |
| ALLIED MEDIX RESOURCES INC<br>110-45 71st Road, Suite 1G<br>Forest Hills, NY 11375<br>Contact: Ravi Shastry<br>718-593-4121 | | Asholk Mavinakere<br>Giezel Diva |
| Stefanie Ameres<br>7049 Nansen Street<br>Forest Hills, NY 11375<br>917-749-8409 | | |
| Riva Ansbacher<br>1586 East 26th Street<br>Brooklyn, NY 11229<br>718-253-3612 | Hebrew | |
| APPLE SOLUTIONS INC.<br>318 Avenue M<br>Brooklyn, NY 11230<br>Contact: A. Applebaum<br>718-627-4244 | | Alexander Applebaum |
| Faigy Augenstein<br>1343 East 9th Street<br>Brooklyn, NY 11230<br>718-998-1066 | | |
| Ella Averbukh<br>3 Prospect Place, #2R<br>Brooklyn, NY 11217<br>347-254-9855 | | |
| AVIVA MOSS SPEECH LANGUAGE PATHOLOGY<br>11 Riverside Drive, West Wing Suite 1<br>New York, NY 10023<br>Contact: Aviva Moss<br>212-479-0842 | | Aviva Moss |
| Julie E. Baraz<br>8700 25th Avenue,   #5-C<br>Brooklyn, NY 11214<br>718-996-1792 | | |
| Pamela Batsheva Sheps<br>2723 Avenue R<br>Brooklyn, NY 11229<br>718-375-5444 | | |

| Name of Independent Provider Or Agency | Brooklyn Speech Therapy September 2007 Comments | Approved providers Working in the Agency |
|---|---|---|
| Linda Bejoian 128 East 62nd Street, Suite GF New York, NY 10021 212-888-3594 | | |
| Rochelle Benezra 1045 East 18th Street Brooklyn, NY 11230 718-998-6939 | | |
| Sara Berger 5614 15 Ave. Brooklyn, NY 11219 718-854-9099 | Yiddish | |
| Rachel Bergestein 1485 Ocean Pkwy Brooklyn, NY 11230 718-998-6982 | Hebrew Yiddish | |
| Gail Biscow 706 Eastern Pkwy Brooklyn, NY 11213 917-747-9053 | Hebrew | |
| Julie Blankfeld 115 East 23rd Street, 11 Floor New York, NY 10010 212-462-2610 | | |
| Hadassa Blumenfeld 4600 14th Ave. Brooklyn, NY 11219 718-438-8171 | Yiddish | |
| Vivian Bollag 1664 East 29th Street Brooklyn, NY 11229 718-338-0263 | | |
| Patti Bottino 535 Neptune Avenue, #2-G Brooklyn, NY 11224 718-449-8073 | | |

| Name of Independent Provider Or Agency | **Brooklyn Speech Therapy**<br>September 2007<br>Comments | Approved providers Working in the Agency |
|---|---|---|

Salvatore Brienza
215 Adams Street,  #5G
Brooklyn, NY 11201
718-855-8274

BRIGHT SMILE CENTER                     Yiddish
1051 59th Street                                           Yita J. Grunut
Brooklyn, NY 11219                                   Rebecca Jacknin
Contact: Chaya Glick
718-437-5774

BROOKLYN COLLEGE SPEECH
& HEARING CENTER                                Barbara Bennett
2900 Bedford Ave.                                   Susan Bohne
Room 4400 Boylan Hall                           Naomi Shualy
Brooklyn, NY 11210                                   Renee Fabus
Contact: Susan Bohne                             Jennifer Sass-Brown
718-951-5186                                              Effie Karalekas
                                                                  Lucille Nielsen
                                                                  Elizabeth Shukofsky
                                                                  Tami Melissa Semel

BROOKLYN HEIGHTS MONTESSORI SCHOOL          Joyce McPhillips
185 Court Street
Brooklyn NY 11201                                  Christina Giannobile
Contact: Peter Morgan
718-858-5100 ext 21

Chaim Bruder                                  Yiddish
1169 54th Street
Brooklyn, NY 11219
917-743-0671

Noreen K. Bucknum
247 11th Street,  #3
Brooklyn, NY 11215
917-841-7928

CAJIJAS BILINGUAL SLP ADVANCED THERAPY          Cajijas-Dias Maritza
141-18 77th Ave., Apt.  F
Flushing, NY 11467
Contact: Maritza Cajijas-Dias
347-881-6771

January Cali-Mark
446 Bay Ridge Ave., 2nd Floor
Brooklyn, NY 11220
718-680-9223 or 917-803-7459

| Brooklyn Speech Therapy September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved providers Working in the Agency** |
| CANARSIE CHILDHOOD CENTER INC<br>1651-57 Ralph Avenue<br>Brooklyn, NY 11236<br>718-241-9211 | | Ellen Rubin-Flukman<br>Blanche Liker<br>Rachel Borenstein |
| Deidre M. Casey<br>36 Argyle Place<br>Rockville, NY 11570<br>516-318-0338 | | |
| Lori Chalom<br>523 East 85th Street, #4D<br>New York, NY 10028<br>917-627-4134 | | |
| Tze Fang Frances Chang<br>142-23 38th Avenue,  Apt.  A-3<br>Flushing, NY 11354<br>718-353-4101 | Cantonese<br>Mandarin | |
| Deborah Jill Chitester<br>107 Newman Court<br>Pennington, NJ 08534<br>732-642-5118 | Spanish | |
| Stacey Chizzik<br>34 Newkirk Avenue<br>East Rockaway, NY 11518<br>516-593-3865 | | |
| CITY SOUNDS OF NY<br>134 West 26 Street, Suite 602<br>New York, NY 10001<br>Contact: Amy Grillo<br>212-604-9360 | | Amy Grillo-Ferrara<br>Jennifer Radjewski<br>Chrisann DiDonato<br>Jana Agopian |
| Jane Clapp<br>167 Park Place,  #1<br>Brooklyn, NY 11238<br>646-425-3862 | | |
| COMMUNICATION WORKS, NYC, SLP, PLLC<br>155 West 68th Street, Apt.  28E<br>New York, NY 10023<br>Contact: Sharna McMicken<br>917-715-4053 | | Sharna McMicken<br>Michelle Fisher<br>Jessica Walker |

| Brooklyn Speech Therapy September 2007 | | |
| --- | --- | --- |
| **Name of Independent Provider Or Agency** | **Comments** | **Approved providers Working in the Agency** |
| COMPREHENSIVE CENTE FOR REHAB<br>460 Grand Street<br>New York, NY 10002<br>Contact: Nathan Sklar<br>212-539-0257 | | Surreesha Jain<br>Sandra Herrera<br>Rachel Keller Bress |
| Katy Contreras<br>35 Seacoast Terrace<br>Brooklyn, NY 11235<br>718-891-4538 or 347-267-0549 | Spanish | |
| Tara M Corsey<br>538 Beach 135th Street<br>Belle Harbor, NY 11694<br>917-359-5008 | | |
| Amy Melissa Crystal<br>2995 Quentin Road<br>Brooklyn, NY 11229<br>718-998-9959 | | |
| Bella Diamond<br>1820 Quentin Road<br>Brooklyn, NY 11229<br>718-336-2604 | Yiddish | |
| Nancy Diamostein<br>2448 East 72nd Street<br>Brooklyn, NY 11234-6620<br>718-241-2056 or cell 917-757-4540 | | |
| Salomon Diner<br>949 East 12th Street<br>Brooklyn, NY 11230<br>718-382-9397 | | |
| Meghan Dougherty<br>647 10th Street, Apt 3<br>Brooklyn, NY 11215<br>347-401-3641 | | |
| Rachael Eisenberger<br>462 Beach 126th Street<br>Belle Harbor, NY 11694<br>718-634-3472 | | |

| Brooklyn Speech Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |

ELEVEN KEY (PARK SLOPE COMMUNICATION CENTER)    Erin Gallagher
258 Sixth Ave
Brooklyn, NY 11215
Contact: Laura Reisler
718-768-3526

Vanessa Eng-White
77 Fulton Street
New York, NY 10038
917-886-7714

EUROFITNESS REHABILITATION PLLC    Ongrid Katz Davidovich
2310 65th Street
Brooklyn, NY 11204
Contact: Violett
718-234-7848/718-234-7868

Gloriann Favale
1331 76th Street
Brooklyn, NY 11228
718-259-1743

Dina Feldman                    Yiddish
2707 Quentin Road
Brooklyn, NY 11229
718-692-0298

Tzippy Feldman
2094 New York Avenue
Brooklyn, NY 11210
718-253-2159

FINE COMMUNICATION SLP PC    Beth Amy Fine
120 East 56th Street,  Suite 920    Cindy Perlman
New York, NY 10022    Joan Persky
Contact: Beth Fine    Erin Herzog
212-888-3696    Jennifer Bailey
    Marrott Heidi

FIRST STEP LLC    Liliya Gnyp
2610 East 10th Street, Suite 4
Brooklyn, NY 11235
Contact: Lina Zhitnik
718-332-0080

| Brooklyn Speech Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |

Michelle Fisher
392 Central Park West, Apt. 5T
New York, NY 10025
917-817-2061

Julia Fisher-Medina
293 18th Street
Brooklyn, NY 11215
718-788-1134

Sheila Flaxman
444 East 82nd Street, Suite 28-D
New York, NY 10028
212-628-4597

Rachel Freier                    Yiddish
137-44 71st Ave
Flushing, NY 11367
718-793-6620

Alaina Garbar
306 West 80th Street, #6B
New York, NY 10024
347-834-1765

Jennifer Gerometta-Greynes
165 Warren Street, Apt. 1
Brooklyn, NY 11201
917-576-7228 or 718-855-2281

Michele Gottlieb
623 Ingram Ave
Staten Island, NY 10314
732-266-4589

Evelyn Greenstein                Hebrew
1461 East 19th Street            Yiddish
Brooklyn, NY 11230
718-627-0758

Pearl Greenstein-Kamin
1498 East 34th Street
Brooklyn, NY 11234
718-377-3521

| Brooklyn Speech Therapy<br>September 2007 | | |
| Name of Independent Provider<br>Or Agency | Comments | Approved providers<br>Working in the Agency |
| --- | --- | --- |

Patricia Hakim
111-20 75th Road
Forest Hills, NY 11375
917-749-0705

Megan-Brette Hamilton
590 Flatbush Ave., Apt. 16L
Brooklyn, NY 11225
917-697-5625

Chana Hartman                          Yiddish
1227 President Street,  #3B
Brooklyn, NY 11225
718-953-7568

THE HAVEN FOR STUTTERING                                    Pamela Batsheva Sheps
2723 Avenue R
Brooklyn NY 11229
Contact: Pamela Batsheva Sheps
718-375-5444

HELEN KELLER SERVICES FOR THE BLIND                        Erica Xenakis
57 Willoughby Street
Brooklyn NY 11201
Contact: Sam Morgan
718-522-2122 ext 323

Stella Heracleous-Kyprianou
23-05 A 26th Street
Astoria, NY 11105
718-278-0643

Nitza Hertz
1347 East 9th Street
Brooklyn, NY 11230
718-376-1639

Sheila Hertz
20 West 64th Street,  #14T
New York, NY 10023
212-724-6320

Iris Hindi
1444 Beacon Place
Far Rockaway, NY 11691
718-471-7671

| **Brooklyn Speech Therapy**<br>September 2007 | | |
| Name of Independent Provider<br>Or Agency | Comments | Approved providers<br>Working in the Agency |
|---|---|---|
| IMPOPTANT STEPS INC<br>2447 Eastchester Road 2nd Floor<br>Bronx NY 10469<br>Contact: Mrs. Reznik<br>718-882-2111 | | Jessica Light<br>Lauren J Zierer |
| INTEGRATED TREATMENT SERVICES<br>6010 New Utrecht Ave.<br>Brooklyn, NY 11219<br>Contact: J. Brenner<br>718-431-8938 | | Batya Tversky<br><br>Rivki Levin |
| INTERACTIVE THERAPY GROUP<br>19 West 21st Street, Suite 701<br>New York, NY 10010<br>Contact: Karrie Russo<br>646-230-8190 | | Tamara Fishman<br>Maria Lazzinnaro<br>Elana Wener<br>Lauren Stemmler<br>Didem Sen |
| INTERNATIONAL CENTER FOR THE DISABLED<br>340 East 24th Street<br>New York, NY 10010<br>Contact: Barbara De Cicco<br>212-585-6080/6230 | | Tatum Adeimy<br>Linda Carozza<br>Linsday Ganis<br>Mara Edelson<br>Barbra DiCicco |
| INTERNATIONAL SPEECH &<br>LANGUAGE INC.<br>766 55th Street<br>Brooklyn, NY 11220<br>Contact: Ivy Tan<br>718-436-6834/35 | Cantonese<br>Toisanese<br>Spanish<br>Spanish<br>Spanish<br>Bengali<br>Hindi<br>Gujarati<br>Punjabi<br>Urdu | Joyce Lew-Ng<br><br>Andrea Levy<br>Andrea Ben-David<br>Mayra Santos-Torres<br>Arora Jasvindre |
| Kathryn Izzo-Loonam<br>128-19 Newport Ave., #4A<br>Belle Harbor, NY 11644<br>917-859-4325 | | |
| Jennifer Eigen, SLP PC<br>26 Court Street,  Suite 902<br>Brooklyn, NY 11242<br>Contact: Jennifer Eigen<br>718-522-9727 | | Jennifer Eigen<br>Lesley Stone<br> Carrie Spaeth |

| | Brooklyn Speech Therapy | |
|---|---|---|
| | September 2007 | |
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |

JFG SPEECH THERAPY PC
34-71 71st Street
Brooklyn, NY 11209
Contact: Jessica Feldman
917-922-4177

Jessica Feldman

Renee Jeremias
1557 57th Street
Brooklyn, NY 11219
718-436-5794

Yiddish

Aida Junik
354 Crown Street
Brooklyn, NY 11225
718-953-3197

Yiddish

Georgea Kapassakis
230 81st Street
Brooklyn, NY 11209
718-748-9760

Greek

Rhonda Kazan-Sherman
28 Boone Street
Staten Island NY 10314
718-698-7871

KIDCARE NY, INC
196-31 69th Ave Unit 2
Fresh Meadows NY 11365
Contact: Babita Khemanai
718-551-2857

Babita Khemai

Lisa Kobasky-Klein
1226 77th Street
Brooklyn, NY 11228
718-748-2005

Susan Kurman
999 Central Avenue,   Suite 308
Woodmere, NY 11598
516-374-7914

Lisette M Laudadio
91 New Dorp Lane
Staten Island, NY 10306
718-351-6604

| Name of Independent Provider Or Agency | Brooklyn Speech Therapy September 2007 Comments | Approved providers Working in the Agency |
|---|---|---|
| Deborah Laufer 72-43 141st Street Flushing, NY 11367 718-261-3216 | Yiddish | |
| Freya Lefkowitz 808 Union Street Brooklyn, NY 11215 718-398-8933 | Spanish | |
| Rochel Lieberman 380 Kingston Ave. Brooklyn, NY 11225 718-774-4942 | Yiddish | |
| LINDA BEJOIAN MS PC 128 East 62nd Street,   Suite GF New York, NY 10021 Contact: Linda Bejoian 212-888-3594 | | Linda Bejoian Tova Wasserman |
| LISTEN, LOOK & LEARN 1924 East 24th Street Brooklyn, NY 11229 Contact: Debbie 718-376-2161 | Yiddish | Faigie Wiederman |
| Joann Lomonte 438 Graham Ave. Brooklyn, NY 11211 917-923-3104 | | |
| Stella Lorman 2554 East 65th Street Brooklyn, NY 11234 718-975-4834 | | |
| Frank LoRusso 3451 86th Street Jackson Heights, NY 11372 917-842-1025 | | |
| Hindy Lubinsky 1042 East 23rd Street Brooklyn, NY 11210 718-253-9425 AND | Hebrew Yiddish | |

| **Brooklyn Speech Therapy** September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved providers Working in the Agency** |
| TOURO COLLEGE Hindy Lubinsky 1610 East 19th Street Brooklyn, NY 11229 718-787-1602 | Hebrew Yiddish | |
| Kimberly Macri 36 Nightingale Street Staten Island, NY 10306 718-979-2369 | | |
| Carmela A. Maio 159-23 85th Street Howard Beach, NY 11414 718-641-6723 | | |
| MAKING MILESTONES-East Side 320 East 65th Street, Suite 117 New York, NY 10021 Contact: Lori Golden/Robin Hollis 212-249-2588 AND MAKING MILESTONES-West Side 1775 Broadway, Suite 512 New York, NY 10019 Contact: Karen Henngan, Robin Bump, Lori Golden 212-757-3551 | | Marie Michelle Monerrau |
| MANHATTAN BEACH SPEECH & LANGUAGE READING CENTER LLC 19 Girard Street Brooklyn, NY 11235 Contact: Barbara L. Offenbacher 718-646-4482 | | Barbara Offenbacher |
| MANHATTAN SPEECH WORKS LLC 115 East 23rd Street, 11 Floor) New York, NY 10010 Contact: Julie Blankfeld 212-462-2610 | | Julie Blankfeld Katy Downs Giezel Diwa Vanessa Dilworth Lisa Pino Victoria Lavington Joanne Yee Carin White |

| **Brooklyn Speech Therapy**<br>September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved providers Working in the Agency** |
| MANUAL THERAPY CENTER INC.<br>431 75th Street<br>Brooklyn, NY 11209<br>Contact: Mohammed Imran<br>718-680-5679 or 718-745-5570 | Arabic | Jacqueline Jaber |
| Ann Margulies<br>85-02 121st Street<br>Kew Gardens, NY 11415<br>718-850-1480 | | |
| Silvia Marinello-Dimino<br>7 Hannah Mount Drive<br>Clarksburg, NJ 08510<br>732-786-1577/347-661-1515 | | |
| Susan Mason<br>24 East 12th Street, Suite 504<br>New York NY 10003<br>212-691-1806 | | |
| Rosalind Matthews<br>1455 East 5th Street<br>Brooklyn, NY 11230<br>718-339-3080 | | |
| Clara Mazepa<br>528 Dongan Hills Avenue<br>Staten Island, NY 10305<br>718-668-2203 | | |
| Rachelle Meth<br>1241 East 23rd Street<br>Brooklyn NY 11210<br>718-692-2248 | | |
| Laura Moreira<br>6804 Bliss Terrace<br>Brooklyn, NY 11220<br>718-680-1162 | | |
| MSY THERAPY<br>1324 Avenue J<br>Brooklyn, NY 11230<br>Contact: Feigy Ext 103<br>718-434-3700 Ext 103 | | Joseph Lindner<br>Eileen Medetsky<br>Blimie Solomon<br>Sarah baruch<br>Allyson Ginsburg<br>Julie Haas |

| Brooklyn Speech Therapy | | |
| September 2007 | | |
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |
| --- | --- | --- |
| MSY THERAPY (Continued) | | Sherri Hammer |
| | | Sara Weisberg |
| | | Tzvi Ziegler |
| | | Yocheved Krasner |
| | | Leah Hirth |
| | | Dana Leder |
| | Yiddish | Esther Mandel |
| | | Ivy Garbowitz |
| | Yiddish | Renee Jeremias |
| | Yiddish | Elliot Jungreis |
| | | Alexander Applebaum |
| | Yiddish | Chaim Bruder |
| | | Janie Fox |
| | | Nina Braun |
| | | Karen Zigelman |
| | | Rachel Mandelman |
| | | Adinah Pollack |
| | | Naomi Lewis |
| | | Judy Kahn |
| MULTILINK GROUP INC 1445 Pitkin Ave Brooklyn NY 11233 Contact: Beverly Dunn 718-855-9298 ext 224 | Haitian-Creole | Diana Johnson Marcelle Bichotte Beverly Dunn Lauri Deans Sylvia Marinello-Dimino |
| Beth Myerson 3310 Nostrand Ave., #310 Brooklyn, NY 11229 718-872-6534 | | |
| Tobyann Nemetz 245 East 40th Street,  #26E New York, NY 10016 212-867-9334 | | |
| Katherine Neuman 388 East 7th Street Brooklyn, NY 11218 718-437-9582 | | |
| NEW YORK THERAPY RESOURCES 474 Myrtle Ave. Brooklyn, NY 11205 Contact: Danielle Brown 718-388-0066 | | Sonja Hamlin Leslie Grubler |

| | Brooklyn Speech Therapy<br>September 2007 | |
|---|---|---|
| **Name of Independent Provider<br>Or Agency** | **Comments** | **Approved providers<br>Working in the Agency** |

Tamar Nussbaum
10 Brookfall Road
Edison, NJ 08817
732-777-0193

Denise P. O'Brien
80-50 189th Street
Jamaica, NY 11423
718-464-3279

Tanya Olshan
1246 Beach 12th Street
Far Rockaway, NY 11691
718-327-7488

Pincus Orlander
4522 11th Ave
Brooklyn, NY 11219
718-436-3640

OT ASPEKT & CHIROPRACTIC PLLC                     Olga Lyubarov
DBA KIDS TIME THERAPIES
42-77 65th Place
Woodside NY 11377
Contact: Liz Missir
718-429-2000

Catherine Christine Papoutsakis
878 East 14th Street
Brooklyn, NY 11230
718-377-6754

PAWS 4 PEDS, PT, OT PLLC                          Barbara Selevan
801 East Park Ave.                                Kathryn Dorney
Long Beach, NY 11561
Contact: Emanuela Calderon
516-214-0471

Georgina Pecoraro
82 Oakland Mills Road
Manalapan, NJ 07726
646-236-9099

Patricia Peifer
50 Walker Street,   #3-A
New York, NY 10013
917-743-1150

| Brooklyn Speech Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |

Martha Perl
123 West 77th Street,   #2B
New York, NY 10024
212-580-0529

PERSONAL TOUCH EIP
158-13 72nd Ave.
Fresh Meadows, NY 11365
Contact: Donna Di Sienna
718-380-7600 ext 341

Megan Petrizio
913 President Street,  Apt.   3B
Brooklyn, NY 11215
619-559-4440

Laura Piascik
808 Union Street,   Suite 2-A
Brooklyn, NY 11215
718-398-8925

PREMIER HEALTHCARE CENTER FOR
ASSISTIVE TECHNOLOGY @ BROOKLYN COLLEGE
2900 Bedford Ave
Boyland Hall, Room 4125
Brooklyn, NY 11210
Contact: Carol Schaeffler
718-421-7635

QUALITY EVALUATION &
CONSULTING SERVICES PLLC
138-44 Jewel Avenue
Flushing, NY 11367
Contact: Marcy Schaffer
718-263-3455
AND
30 East 76th Street,  Suite 5A
New York, NY 10021
212-734-6459

QUEENSBORO PHYSICAL THERAPY
114-20 Rockaway Blvd.
So Ozone Park, NY 11420
Contact: Nicholas Oricchio
718-845-4616

Approved providers (column):
Diana Gadayeva
Carrie Uhl
Elyse Fleschner

Carol Schaffler

Comments (for Quality Evaluation):
Arabic
Cantonese/Mandarin
French
Haitian Creole
Hebrew
Hindi
Korean
Polish
Russian
Spanish
Yiddish

Rachel L. Mehiman

| **Brooklyn Speech Therapy**<br>September 2007 | | |
| Name of Independent Provider<br>Or Agency | Comments | Approved providers<br>Working in the Agency |
|---|---|---|
| Maya Raber<br>159 Pembroke Street<br>Brooklyn, NY 11235<br>718-743-1776 | Russian | |
| Aviva Rand<br>1475 East 34th Street<br>Brooklyn, NY 11234<br>917-297-1415 | | |
| LAURA REISLER<br>258 Sixth Avenue<br>Brooklyn, NY 11215<br>Contact: Laura Reisler<br>718-768-3526 | | Jamie Talent<br>Laura Reisler<br>Hillory Peters<br>Alison Bauman |
| RHTS SPEECH & LANGUAGE PC<br>336 West End Avenue,  #1-A<br>New York, NY 10023<br>Contact: Rose Sokol<br>212-873-8883<br>AND<br>RHTS SPEECH & LANGUAGE PC<br>262 Central Park West, #1E<br>Contact: Rose Sokol<br>212-873-8883 | | Adrienne M. Oberndorfer<br>Rose T. Sokol<br>Bonnie Shloush<br>Melissa Cucher<br>Judith Mahler<br>Rebecca Segal<br>Lillian Bokshar |
| RIQUELME & SANTO PC<br>439 Third Avenue<br>Brooklyn, NY 11215<br>Contact: E. Santo/L. Riquelme<br>718-783-0760 | Spanish<br>Spanish<br>Spanish<br>Spanish<br>Spanish | Emilia Santo<br>Luis F Riquelme<br>Alexandr Barreno<br>Franca Henriquez<br>Ivette Lopez |
| Roza Rivkin<br>20 Falmouth Street<br>Brooklyn, NY 11235<br>718-332-9606 | Russian | |
| Lillian Rokhsar<br>524 East 72nd Street<br>New York, NY 10021<br>516-314-4808 | | |
| Jennifer Rosenfeld<br>255 Central Avenue,  Apt.  A-203<br>Lawrence, NY 11559<br>516-239-4074 | | |

| **Brooklyn Speech Therapy** | | |
| September 2007 | | |
| **Name of Independent Provider Or Agency** | **Comments** | **Approved providers Working in the Agency** |

Mayra Santos-Torres          Spanish
PO Box 210058
Woodhaven, NY 11421
718-835-0991

Yael T. Saperstein
1764 East 31st Street
Brooklyn, NY 11234
718-627-1062

Jamie Schaadt
401 Hicks Street #B3A
Brooklyn NY 11201
917-319-4202

Carol Schaeffler
687 East 24th Street
Brooklyn, NY 11210
718-859-0088

Michelle Schilit          Yiddish
1151 55th Street
Brooklyn, NY 11219
718-435-7346

Yitchok I. Schlarig          Yiddish
726 East 2nd Street
Brooklyn, NY 11218
646-334-5634

Gita Schlesinger          Yiddish
1036 56th Street
Brooklyn, NY 11219
718-853-8114

Aron Shoenblum          Yiddish
1155 47th Street
Brooklyn, NY 11219
718-207-8854

Chana Schorr
2021 52nd Street
Brooklyn, NY 11204
718-258-8706 or 917-842-1900

| Brooklyn Speech Therapy September 2007 | | |
|---|---|---|
| **Name of Independent Provider Or Agency** | **Comments** | **Approved providers Working in the Agency** |

Debbie Shabott
1832 East 9th Street
Brooklyn, NY 11223
718-339-4596/917-803-2718

Sheindy Shindler                          Yiddish
314 Avenue N
Brooklyn, NY 11230
718-375-7747

Elizabeth Shukofsky
2145 Kimball Street
Brooklyn, NY 11234
718-258-0120/917-650-3293

Marci Silver
395 South End Ave., #31P
New York, NY 10280
917-843-2252

SIMPLY SPEAKING                                                Dawn LaClair
155 Bay Ridge Avenue                                           Erica Xenakis
Brooklyn, NY 11220                                             Dawn Marie Vitale
Contact: Dawn La Clair                                         Olivia Finger
718-238-0377                                                   Corinne Swoboda
                                                               Larisa Gerts
                                                               Christina Marsiello
                                                               Renee Scalise

Paula Sims
PO Box 340854
Jamaica, NY 11434
718-986-3837

SPEAK-OUT-NEW YORK                                             Trisha Blaker
152-53 10th Avenue Suite 206                                   Vickie Bageorgos
Whitestone NY 11357
718-746-4604

Shoshana Spector
1325 East 12th Street
Brooklyn, NY 11230
718-382-3293

| Brooklyn Speech Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |

Malka Spira
2721 Avenue N
Brooklyn, NY 11210
718-253-4473

Erin Stievater
28 Willow Street
Glen Ridge, NJ 07028
973-748-7025

ST. MARY'S HOSPITAL FOR CHILDREN
29-01 216th Street
Bayside, NY 11360
Contact: Colleen Martin
718-819-2854

Tara Coursey
Andrea Abramowitz
Jennifer Ilardi
Kelly Morel
Mimi Wong

SUPPORT BY DESIGN INC
143 Reade Street
New York, NY 10013
Contact: Betty Eng Lee
212-964-9252

Michelle Groothuis
Tracey R Mirn

Beth Swedarsky
157 Harris Ave
Hewlett, NY 11557
516-374-4946

Sharon Sylvan
2971 Quentin Road
Brooklyn, NY 11229
347-256-6239

Hailin Tchou
6902 Narrows Ave., #3A
Brooklyn, NY 11209
718-680-4690 or 917-887-6592

Cantonese
Mandarin

Katerina Theodoracopoulos
59 A Shirra Avenue
Staten Island NY 10314
917-975-0593

THERAPY PROSS, LLP
94 Rivingston Street
New York, NY 10002
AND

Kelly McMillen
Rivky Gringas
Chana Twersky
Aviva Hamber

| **Brooklyn Speech Therapy** | | |
| Name of Independent Provider Or Agency | September 2007 Comments | Approved providers Working in the Agency |

THERAPY PROS
962 Manor Road
Staten Island, NY 10314
Contact: Margo Lichtenthal
877-446-8880

Patricia Tritini
Kristin Bevilacqua
Sari Faibis
Aida Feliz
Leanne Franzreb
Christine Dimmick
Erica Trink-Aylward

THERATALK SPEECH-LANGUAGE PATHOLOGY PC
150-50 14th Road
Whitestone, NY 11357
Contact: Irene Christoforou-Gioules
718-767-0091 ext 0071

Irene Christoforou-Gioules
Maria Panayiotou
Irene Rountos
Cindy Gersosm
Kim Munoz

UNITED THERAPISTS
5120 19 Ave., #4D
Brooklyn, NY 11204
Contact: Mike Khavis
610-300-4443

Shani Jungreis

Rosalie Unterman
65 Geller Place
Staten Island, NY 10314
718-983-7599
AND
TOURO COLLEGE
Rosalie Unterman
1610 East 19th Street
Brooklyn, NY 11229
718-787-1602

Alessandra Villardo
1324 79th Street
Brooklyn, NY 11228
718-757-5919

Inessa Vilkher
1921 Geritsen Ave.
Brooklyn, NY 11229
718-375-7750 or 718-375-3800

Deborah Walsh
35 O'Connor Ave
Staten Island, NY 10314
718-982-6507

| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |
|---|---|---|
| **Brooklyn Speech Therapy** September 2007 | | |

WATCH ME GROW
141 West 72nd Street, Suite 2
New York, NY 10023
Contact: Shirael Pollack
212-721-5220

Nicole Holland
Dana Lison
Betty Maurice
Dara Kotler

Giti Weinberger
1745 58th Street
Brooklyn, NY 11204
718-232-6894

Yiddish

Malka S. Weinreich
1610 42nd Street
Brooklyn, NY 11204
718-435-8420

Yiddish

Marinda White
255 Powers Street, #3LF
Brooklyn, NY 11211
718-208-4664

Debra Wieder
1363 East 26th Street
Brooklyn, NY 11210
718-252-7023

YANKELEVICH EDUCATIONAL SERVICES
109-15 Queens Blvd
Forest Hills, NY 11375
Contact: Iris Yanke Levich
718-896-5615

Maritza Cajijas-Dias

Stella Yusupova
99-29 63rd Ave
Rego Park, NY 11374
718-275-5229

Erica Xenakis
330 79th Street
Brooklyn, NY 11209
917-306-6873

Deborah Zeitlin
1310 Union Street
Brooklyn, NY 11213
718-363-0129

Hebrew
Yiddish

| Brooklyn Speech Therapy September 2007 | | |
|---|---|---|
| Name of Independent Provider Or Agency | Comments | Approved providers Working in the Agency |
| Robin Zeller 1610 East 19th Street Brooklyn, NY 11229 718-787-1602 AND TOURO COLLEGE 1610 East 19th Street Brooklyn, NY 11229 718-787-1602 | | |
| ZICHRON YEHUDA BAIS SIMCHA 1051 59th Street Brooklyn, NY 11219 718-438-9275 Contact: Esther 718-438-9275 | Yiddish | Itta Grunhut |

Exhibit D

# THE NEW YORK CITY DEPARTMENT OF EDUCATION

JOEL I. KLEIN, *Chancellor*

## RSA-2 Form: Student, Parent/Guardian and Independent Provider Authorization

Please complete the information requested. Attach a copy of the independent provider's New York State Education Department registration/certificate/license. In addition, Independent Providers of bilingual Related Services must attach one of the following: (a) the passing results of the New York State Education Department Bilingual Education Assessment or other valid language proficiency assessment; or (b) an appropriate New York State Education Department Bilingual Education Extension Certificate. All Independent Providers are subject to security clearance and must have been fingerprinted by the New York City Department of Education after July 1, 1990 and maintain security clearance with the cost to be incurred by the provider.

**Please Note: Agencies under contract to the New York City Department of Education for the period 2007-2010 serving as an Independent Provider for the provision of a specific Related Service shall be paid for those assignments at the highest rate the contractor was awarded in that specific service area.**

ISC/CSE/D75 Issuing RSA: _____

Address: _____

City, State and Zip _____

Contact Person: _____    Telephone Number _____

---

Name of Student: _____ Student ID No.: ___ - ___ - ___ - ___ - ___

Student's Address: _____

City, State and Zip: _____

School: _____ Borough: _____ District: _____

---

Related Service Recommended: _____ Language: _____

No. of Sessions Per Week: _____

Size: _____ Length of Session: _____ Maximum Group

Name of Parent/Guardian: _____

Work Telephone No.: _____ Home Telephone No.: _____

Services to be provided at:  ☐ Student's School    ☐ Student's Home ☐ Provider's Place of Business

(Please check one)

I have obtained the following information from the independent provider:

Name of Independent Provider: _____

(Please print the name of the actual therapist providing the service)

Social Security No.: _____

Professional Title/Discipline: _____ NYS License/Certificate No.: _____

Provider's Address: _____

City, State and Zip: _____

Telephone No.: ( ) _____

Name of Agency (if appropriate): _____ Employer Tax ID No. (if agency): _____

Agency Address: _____

Rate (cannot exceed maximum allowed): _____ Payment/correspondence to be mailed to: ☐ Provider   ☐ Agency

---

Signatures below indicate approval of the terms of this agreement by the parent and provider and grants parental permission to the Department of Education (the Department) to release the child's records to the provider. Only the provider indicated on this form may provide services to the student. If there is a change in provider a new *Authorization Form* must be submitted. Services may not start prior to the issuance of an approval letter by the Department.

**Please Note:** Any individual who is a current employee of the Department (unless they have been approved to be on the Municipality List of NYCDOE Therapists) or any other city agency may not provide services under this agreement except in rare instances when a waiver is granted by the New York City Conflicts of Interest Board based on a request from the Department. Agencies may not employ Department employees, including those on the Municipality List of NYCDOE Therapists, as a provider. Any individual who leaves the employ of the Department may not provide services under this agreement (either as an individual provider or as an employee/contractor with an agency) for one full year after leaving the Department. If the individual has done "F" status work, the individual is considered to have been an employee of the Department and must wait a full year after completing the "F" status work before providing services under this agreement. These restrictions are contained in Chapter 68 of the New York City Charter. In addition, the provider must not be the evaluator who completed the assessment unless permission has been granted by the Department.

**By providing the Related Service to the student named above, the provider agrees to:**

- Serve the student at the frequency, duration, group size (not to exceed the group size on each student's IEP) and in the language specified for the current school year as per the IEP.
- Indicate initiation/termination dates with the name of individual providing service
- Maintain weekly progress notes, submit a Student Progress Report upon request, attend IEP conferences, and complete the appropriate pages of the IEP at no cost to the Department.
- Provide services in accordance with the Department's school calendar.
- Provide make-up sessions only during the same week. Make-up sessions may not be conducted on the same day as a regular session.
- Accept no more than the maximum rate allowed as payment in full for these services. The rate charged must be no higher than the lowest rate you normally charge. This rate is for direct service only and is the rate regardless of the size of the group being served except in the area of speech therapy which is dependent on the number of students that are served in one session as indicated on the rate schedule. Providers will make no requests to the parent/guardian for payments for services provided.
- Submit invoices directly to the Department in the format required with no out-of-pocket expenses accruing to the parent/guardian.
- Maintain daily attendance records on the official New York City Department of Education attendance booklets and participate in the collection of data/information requested by the Department at no additional cost to the Department.
- Carry his/her own professional malpractice/liability insurance.
- Providers are prohibited from giving gifts to Department staff.

Signature of Provider _____ Date _____

Signature of Parent/Guardian _____ Date _____

**DO NOT WRITE BELOW THIS LINE - FOR NEW YORK CITY DEPARTMENT OF EDUCATION USE ONLY**

Date RSA-2 Form Received _____    Authorizing Signature _____    Date Mailed to Independent Provider _____

Exhibit E

New York City Department of Education

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

AGENCY

TYPE OF RELATED SERVICE _____
(separate document for each Related Service)

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers). If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGENCY: _____ GROUP7000
GROSS CARE INC.

ADDRESS: _____ 5314 16TH AVE #17
BROOKLYN NY 11204
TAX ID# 261093424

TELEPHONE NUMBER: ( ) _____ 718-336-4500

TAX IDENTIFICATION NUMBER: _____

CONTACT NAME: _____ Lucille Schuller

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☐ Manhattan      ☐ Bronx
☑ Brooklyn        ☐ Queens
                  ☑ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
|---|---|---|---|
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| Natalie Bramson | 40+ | 60 | 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 |
| Michael Dumman | 40+ | 60 | 089-58-880 |
| Janet Bashkes - Schneider | 40+ | 60 | 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 |
| Shalva Gersovitz - Briva | 40+ | 60 | 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 |
| Adina Kreimer | 40+ | 60 | 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 |

**NOTE:**
A copy of applicable registration certificate/license (including bilingual proficiency (if applicable)) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm 218, New York, NY 10007, attn Rita Venokur.

TYPE OF RELATED SERVICE _Speech Therapy_
(separate document for each Related Service)

AGENCY

New York City Department of Education

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete independent providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGENCY: _____  GRO027000

ADDRESS: _____  GROSS CARE INC.
5314 16TH AVE #17
BROOKLYN NY 11204
TAX ID# 261093424

TELEPHONE NUMBER: ( ___ ) _____  _7183_ 540°

TAX IDENTIFICATION NUMBER: _____

CONTACT NAME: _Beila Schinko_

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☑ Manhattan    ☑ Bronx
☑ Brooklyn     ☑ Queens
☑ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
|---|---|---|---|
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| Andrew Nbok | 40⁺ | 60 | 035-08-209° |
| Robyn Orlik | 40⁺ | 60 | 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 |
| Michelle Lederer | 40⁺ | 60 | 069-60-35 4⁻ |
| Shulamis Spector | 40⁺ | 60 | 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 |
| Shiva Silver | 40⁺ | 60 | 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 |

**NOTE:**

A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm. 218, New York, NY 10007, attn Rita Venetas.

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

AGENCY

TYPE OF RELATED SERVICE: _Speech Therapy_
(separate document for each Related Service)

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGENCY: GRO027000
GROSS CARE INC.
531 416TH AVE #17
BROOKLYN NY 11204

ADDRESS: _____

TELEPHONE NUMBER: (_____) 718-336-0360

TAX IDENTIFICATION NUMBER: TAX ID# 261093424

CONTACT NAME: _Lucille Schall_

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☐ Manhattan  ☑ Bronx
☑ Brooklyn  ☑ Queens
☐ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
|---|---|---|---|
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| Darla Wigger | 40 | 60 | 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 |
| Stephanie Waller | 40 | 60 | 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 |
| Janet Wiss | 40 | 60 | 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 |
| Marina Zaytuna | 40 | 60 | 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 |

NOTE: A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm 218, New York, NY 10007, attn Rita Venckas.

**TYPE OF RELATED SERVICE** _Speech Therapy._
(separate document for each Related Service)

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

AGENCY

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGENCY: **SUMO62000**
**SUMNER HEALTH PROVIDERS**
**POB 2097039**

ADDRESS: **Brooklyn, NY 11229-7039**
**Tax ID: 20-5222085**

TELEPHONE NUMBER: ( 1K. ) 336 - 4500

TAX IDENTIFICATION NUMBER: 22 - 369 3174

CONTACT NAME: _Lucille Shakter_

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☑ Manhattan   ☐ Bronx
☑ Brooklyn    ☐ Queens
☐ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | # of students the therapist is able to serve in a week | Capacity # of hours per week the therapist is able to provide service | Social Security # |
|---|---|---|---|
| Natasha Buloman | OK | 40⁺ | 60 | 081-60-43 92 |
| Michal Davidov | OK | 40⁺ | 60 | 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 |
| Janet Drukker-Schneider | OK | 40⁺ | 60 | 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 |
| Inna Hy Leonetta-Leiman | OK | 40⁺ | 60 | 224-57-805 |
| Adina Kaszylov | OK | 40⁺ | 60. | 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. |

NOTE:
A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers St

**TYPE OF RELATED SERVICE** _Speech Therapy_
(separate document for each Related Service)

**AGENCY**

### New York City Department of Education
### INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipal List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

**NAME OF AGENCY:** SUMMER HEALTH PROVIDERS
SUM062000

**ADDRESS:** POB 207039
Brooklyn, NY 11229-7039
Tax ID: 20-5222085

**TAX IDENTIFICATION NUMBER:** 20-5222085

**TELEPHONE NUMBER:** ( 18 ) 336-9500

**CONTACT NAME:** Lucille Schinkel

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☒ Manhattan    ☐ Bronx
☒ Brooklyn     ☐ Queens
☒ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | Social Security # |
|---|---|---|---|
| Andrew Noble | 40 + | 60 | 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 |
| Robyn Belik | 40 + | 60 | 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 |
| Michelle Zoder | 40 + | 60 | 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 |
| Shoshana Spectre | 40 + | 60 | 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 |
| Sharon Silva-Londa | 40 + | 60 | 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 |

Capacity

OK OK OK OK OK

**NOTE:** A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

TYPE OF RELATED SERVICE: _Speech Thrap.B_
(Separate document for each Related Service)

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

AGENCY

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipal List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers). If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employers cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGEN

**SUMNER HEALTH PROVIDERS**
**SUMA062000**

ADDRESS: **POB 2097039**
**Brooklyn, NY 11229-7039**
**Tax ID: 20-5222085**

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☐ Manhattan    ☐ Bronx
☐ Brooklyn    ☐ Queens
☑ Staten Island

TELEPHONE NUMBER: ( _7 1 8_ ) _336- 4500_

TAX IDENTIFICATION NUMBER: _20 - 3893174_

CONTACT NAME: _____

| Therapist/Clinician Name(s) (complete additional pages as necessary) | | # of students the therapist is able to serve in a week | Capacity # of hours per week the therapist is able to provide service | Social Security # |
|---|---|---|---|---|
| Baila Napper. | OK | 40 + | 6 0 | 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 |
| Stephanie Walter. | OK | 40 + | 6 0 | 101-56-843 |
| Janet Weiss | OK | 40 + | 6 0 | 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 |
| Raytsina Manna. | OK | 40 + | 6 0 | 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 |

NOTE:  A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

TYPE OF RELATED SERVICE _Physical Thera_
(separate document for each Related Service)

**AGENCY**

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGENCY: _____ GROUP7000
GROSS CARE INC.
ADDRESS: _____ 5314 16TH AVE #17
BROOKLYN NY 11204
TELEPHONE NUMBER: ( ___ ) ____ TAX ID# 261093424    _718-336-8500_

TAX IDENTIFICATION NUMBER: _____

CONTACT NAME: _____ _Lucille Schmidel_

| Therapist/Clinician Name(s) (complete additional pages as necessary) | # of students the therapist is able to serve in a week | Capacity | | Borough(s) in which this agency is able to provide Related Services (check as many as appropriate) | | Social Security # |
|---|---|---|---|---|---|---|
| | | # of hours per week the therapist is able to provide service | | ☐ Manhattan ☐ Bronx<br>☑ Brooklyn ☐ Queens<br>☐ Staten Island | | |
| Tami Abelson | 40 f | 60 | | | | 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 |
| John Corona | 40 f | 60 | | | | 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 |
| Rachel Fishman | 40 f | 60 | | | | 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 |
| Vitaly Goolikman | 40 f | 60 | | | | 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 |

**NOTE:**
A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm. 218, New York, NY 10007, attn: Rita Venetias.

TYPE OF RELATED SERVICE: _Physical Therapy_
(separate document for each Related Service)

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

AGENCY

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the <u>Municipality List of Independent Providers of Related Services for Students With Disabilities</u> (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information.) DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGENCY: _GR0027000_

ADDRESS: _GROSS CARE INC._
_5314 16TH AVE #17_
_BROOKLYN NY 11204_
_TAX ID# 261093424_

TELEPHONE NUMBER: ( _718 336 4500_ )

TAX IDENTIFICATION NUMBER: _____

CONTACT NAME: _Will Schinkel_

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☐ Manhattan    ☐ Bronx
☐ Brooklyn    ☐ Queens
    ☐ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | Social Security # |
|---|---|---|---|
| Benjamin Jacob | 40+ | 60 | 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 |
| Steve Cantor | 40+ | 60 | 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 |
| Stavros L0e 007000 | 40+ | 60 | 069-70-442 |
| Liya Lea | 40+ | 60 | 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 |
| Stephanie Flyer | 40+ | 60 | 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 |

Capacity

NOTE:
A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Department of Education, 52 Chambers Street Rm. 218, New York, NY 10007, attn. Rita Vanekas.

**TYPE OF RELATED SERVICE** _Physical Therapy_
(separate document for each Related Service)

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

AGENCY

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information) DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGENCY: _____ GRO027000

ADDRESS: _____ GROSS CARE INC.
_____ 5314 16TH AVE #17
_____ BROOKLYN NY 11204
TELEPHONE NUMBER: ( _____ ) 718 336 4500
TAX ID# 261093424

TAX IDENTIFICATION NUMBER: _____

CONTACT NAME: _Lucille Schinkel_

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☐ Manhattan    ☐ Bronx
☐ Brooklyn    ☐ Queens
☐ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| --- | --- | --- | --- |
| _Stephanie Salzeder_ | 40 | 60 | 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 |
| _Norén Manawelo_ | 40 | 60 | 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 |

NOTE:
A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist.
For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.
Mail form to: Office of Related and Contractual Services, NYC Department of Education, 52 Chambers Street Rm. 218, New York, NY 10007, attn: Rita Venckus.

TYPE OF RELATED SERVICE _Physical Therapy_
(separate document for each Related Service)

AGENCY

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGEN **SUMMER HEALTH PROVIDERS**
**SUM02000**

ADDRESS **POB 20097039**
**Brooklyn, NY 11229-7039**
**Tax ID: 20-5222085**

TELEPHONE NUMBER: ( _718_ ) _336- 4500_

TAX IDENTIFICATION NUMBER: _82-389 3174_

CONTACT NAME: _Lucille Schmell_

Borough(s) in which this agency is able to
provide Related Services (check as many
as appropriate)

☑ Manhattan ☑ Bronx
☑ Brooklyn ☐ Queens
☑ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
|---|---|---|---|
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| Rami  Abelson  PT | 40+ | 60 | 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 |
| John  Cohen  PT | 40+ | 60 | 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 |
| Rachel  Fishman  PT | 40+ | 60 | 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 |
| Vitaly  Comikova  PT | 40+ | 60. | 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 |

**NOTE:**

A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist.
For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing
Handicapped.

Mail form to:  Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm. 310, New York, NY 10007

TYPE OF RELATED SERVICE: _Physical Therapy_
(separate document for each Related Service)

New York City Department of Education

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

AGENCY

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipal List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGEN: SUMO6 2000
SUMMER HEALTH PROVIDERS
POB 2097039

ADDRESS: Brooklyn, NY 11229-7039
Tax ID: 20-5222085

TELEPHONE NUMBER: ( 718 ) 336- 9500

TAX IDENTIFICATION NUMBER: 20-3893174

CONTACT NAME: Lucille Schultz

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☑ Manhattan    ☐ Bronx
☐ Brooklyn     ☑ Queens
                ☑ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
|---|---|---|---|
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| Benjamin Coleh Ok | 40' | 40 | 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 |
| Steve Lubin | 40' | 60 | 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 |
| Shmuel Rokeach MD | 40' | 60 | 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 |
| Liya MD | 40' | 60 | 157-74-237- |
| Shoshanie Mayer MD | 40' | 60 | 066-56-124 |

**NOTE:** A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm. 218, New York, NY 10007

**TYPE OF RELATED SERVICE:** _Physical Therapy_
(Separate document for each Related Service)

**New York City Department of Education**

## INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM

**AGENCY**

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

**NAME OF AGE SUMNER HEALTH PROVIDERS**
**SUM062000**

**ADDRESS:** POB 2097039
Brooklyn, NY 11229-7039
**Tax ID: 20-5222085**

**TELEPHONE NUMBER:** (718)

**TAX IDENTIFICATION NUMBER:** 22-3893174

**CONTACT NAME:** Lucille Schmidt

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☑ Manhattan      ☐ Bronx
☑ Brooklyn       ☑ Queens
                 ☐ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
|---|---|---|---|
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| Stephanie Salsedo | OK | 40 + | 60 | 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 |
| Measeq Thangara | | 40 + | 60 | 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 |

**NOTE:**
A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm. 218, New York, NY 10007

TYPE OF RELATED SERVICE: _Occupational Theropy_
(separate document for each Related Service)

AGENCY

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

This document must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGENCY: **GROSS CARE INC.**
**GR0027000**

ADDRESS: **5314 16TH AVE #17**
**BROOKLYN NY 11204**
**TAX ID# 261093424**

TELEPHONE NUMBER: ( _718_ ) _336-9500_

TAX IDENTIFICATION NUMBER: _____

CONTACT NAME: _Lucille   Scholl_

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☑ Manhattan    ☑ Bronx
☑ Brooklyn     ☐ Queens
☑ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
|---|---|---|---|
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| Anna  Charlesky | 40+ | 60 | 137-80-86 86 |
| Thomas  Colello | 40+ | 60 | 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 |
| Jonathan  Pietro | 40+ | 60 | 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 |
| Olsr  Romer | 40+ | 60 | 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 |
| Gary  Hammmad | 40 | 60 | 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 |

**NOTE:**

A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm. 218, New York, NY 10007, attn. Rita Venekas.

TYPE OF RELATED SERVICE ___ Occupational Therapy
(separate document for each Related Service)

AGENCY

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information.) DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGENCY: ___ GRO027000
GROSS CARE INC.

ADDRESS: ___ 5314 16TH AVE #17
BROOKLYN NY 11204
TAX ID# 26109342 4

TELEPHONE NUMBER: ( ___ ) ___

TAX IDENTIFICATION NUMBER: ___ 718-336-4500

CONTACT NAME: ___ Leslie Schabel.

Borough(s) in which this agency is able to
provide Related Services (check as many
as appropriate)

☑ Manhattan   ☐ Bronx
☐ Brooklyn    ☐ Queens
☐ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | Social Security # |
|---|---|---|---|
| Heidi (Chaya Hotter | 40 + | 60 | 686 - 76 - 5580 |
| Leslie Jean Fariau | 40 + | 60 | 061 - 54 - 4566 |
| Gayle Jackson | 40 + | 60 | 117 - 54 - 6854 |
| Jenny Leybovich | 40 + | 60 | 066 - 64 - 3526 |
| Miriam Lhater. | 40 + | 60 | 111 - 50 - 7591 |

*Capacity*

NOTE:
A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist.
For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Department of Education, 52 Chambers Street Rm. 218, New York, NY 10007, attn. Rita Venckus.

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

**AGENCY**

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers). If, at any time, you wish to add or delete independent providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

**TYPE OF RELATED SERVICE:** Occupational Therapy
(separate document for each Related Service)

**NAME OF AGENCY:** GRO027000
GROSS CARE INC.
5314 16TH AVE #17
BROOKLYN NY 11204
TAX ID# 261093424

**ADDRESS:**

**TELEPHONE NUMBER:** ( ) 718-236-4500

**TAX IDENTIFICATION NUMBER:**

**CONTACT NAME:** Lucille Schnepel

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☑ Manhattan  ☑ Bronx
☑ Brooklyn  ☐ Queens
☐ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
|---|---|---|---|
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| Michael Mariano | 40 + | 60 | 1 26 - 04 - 6195 |
| Pamela Pelase | 40 + | 60 | 114 - 90 - 4751 |
| Helen Santo. | 40 + | 60 | 145 - 94 - 8958 |
| Diana Specktor | 40 + | 60 | 107 - 62 - 0491 |
| | 40 + | 60 | |

**NOTE:**
A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm. 218, New York, NY 10007, attn Rita Venckus.

**TYPE OF RELATED SERVICE** _Occupational Therapy_
(separate document for each Related Service)

**AGENCY**

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information.) DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

**NAME OF AGENCY:** GRO027000

**ADDRESS:** GROSS CARE INC.
5314 16TH AVE #17
BROOKLYN NY 11204

**TELEPHONE NUMBER:** (     ) _718-336-0500_    TAX ID# 261093424

**TAX IDENTIFICATION NUMBER:** _____

**CONTACT NAME:** _Lucile Schakll_

|  | Capacity | | | |
|---|---|---|---|---|
| Therapist/Clinician Name(s)<br>(complete additional pages as necessary) | # of students the therapist is<br>able to serve in a week | # of hours per week the therapist<br>is able to provide service | Social Security # |  |
| Meghan Seater | 40 f | 60 | 3 2 2-76-3217 |  |
| Miao Tang | 40 f | 60 | 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 |  |

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☐ Manhattan    ☐ Bronx
☑ Brooklyn    ☐ Queens
☑ Staten Island

**NOTE:**

A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist.
For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm. 218, New York, NY 10007, attn. Rita Venekas.

**TYPE OF RELATED SERVICE:** _____
(separate document for each Related Service)

**AGENCY**

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipal List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

**NAME OF AGEN**

SUMMER HEALTH PROVIDERS
POB 209729
Brooklyn, NY 11229-7039
Tax ID: 20-5522085

**ADDRESS:** _____

**TELEPHONE NUMBER:** ( 718 ) 336-9500

**TAX IDENTIFICATION NUMBER:** 22-3873974

**CONTACT NAME:** Lucille    Schachtel

**Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)**

☑ Manhattan    ☑ Bronx
☑ Brooklyn    ☑ Queens
☐ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | Social Security # |
|---|---|---|---|---|
| Anna | Chrplasky | OK | 40' | 60 | 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 |
| Thomas | lile man | OK | 40' | 60 | 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 |
| Jonathan | D. Taylor | OK | 40' | 60 | 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 |
| Olga | Cohen | OK | 40' | 60 | 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 |
| Shary | Cory-Hammad | OK | 40' | 60 | 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 |

*(Capacity)*

**NOTE:** A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

**TYPE OF RELATED SERVICE** ___OT___
(separate document for each Related Service)

AGENCY

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipali List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to ad or delete providers, you must complete this form and return it to DOE. (Please type or print all information.) DOE employees cannot serve a independent providers and as such, their names may not be placed on the list.

NAME OF AGEN  **SUMK62000**
**SUMNER HEALTH PROVIDERS**
**POB 2097039**
ADDRESS: **Brooklyn, NY 11229-7039**
**Tax ID: 20-5222085**

TELEPHONE NUMBER:( 7l8. ) 336 - 4500.

TAX IDENTIFICATION NUMBER: 22-3893174.

CONTACT NAME: Lucille Schakel.

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☐ Manhattan    ☒ Bronx
☐ Brooklyn     ☒ Queens
☐ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
|---|---|---|---|
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| Heibi (Maya) Hefter | 40 | 60 | 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. |
| Laurie Jean Jovino | 40 + | 60 | 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 |
| Gayle Jackson. | 40 + | 60 | 11-54-6854 |
| Jenny Leibovich | 40 + | 60 | 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 |
| Miriam Lichter. | 40 + | 60 | 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. |

**NOTE:** A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm. 218, New York, NY 1000? att. Dr.

TYPE OF RELATED SERVICE: _____ 01 _____
(separate document for each Related Service)

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

AGENCY

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information). DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGE: **SUMNER HEALTH PROVIDERS**

**SUMO62000**

ADDRESS: **POB 2097039**

**Brooklyn, NY 11209-7039**

**Tax ID: 20-5212085**

TELEPHONE NUMBER: ( 718 ) 336-9500

TAX IDENTIFICATION NUMBER: 22-3893174

CONTACT NAME: Lucille Schinkel

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☒ Manhattan    ☒ Bronx
☐ Brooklyn    ☒ Queens
☐ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
| --- | --- | --- | --- |
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| Michael Marrano | 40+ | 60 | 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 |
| Paola Palaer | 40+ | 60 | 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 |
| Hilara Santi | 40+ | 60 | 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 |
| Diana Spektr | 40+ | 60 | 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 |

NOTE:
A copy of applicable registration certificate/license, including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm. 218, New York, NY 10007 attn Ria Vanderhuge

OT

**TYPE OF RELATED SERVICE** _____
(separate document for each Related Service)

AGENCY

**New York City Department of Education**

## INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information); DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

**NAME OF AGE**

SUMMER HEALTH PROVIDERS
SUM062000
POB 2092039
Brooklyn, NY 11229-7039
Tax ID: 20-5222685

**ADDRESS** _____

**TELEPHONE NUMBER:** ( _1b_ ) 336- 9500

**TAX IDENTIFICATION NUMBER:** 20-38 93174.

**CONTACT NAME:** Lucille Schakel

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☑ Manhattan    ☐ Bronx
☑ Brooklyn     ☐ Queens
☐ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
|---|---|---|---|
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| Abraham Scates | 40 + | 60 | 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 |
| Miao Tang | 40 + | 60 | 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 |
| | | | |
| | | | |

**NOTE:** A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped

Mail form to: Office of Related and Contracted Services, NYC Depart of Education, 52 Chambers Street Rm 310 New York NY 10007

**AGENCY**

**New York City Department of Education**

**INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM**

TYPE OF RELATED SERVICE
(separate document for each Related Service) _____

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers). If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information), DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGENCY: GR00127000
GROSS CARE INC.

ADDRESS: 5314 16TH AVE #17
BROOKLYN NY 11204
TAX ID# 26I093424

TELEPHONE NUMBER: ( )

TAX IDENTIFICATION NUMBER: _____

CONTACT NAME: _____ Lucile Schakel

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
|---|---|---|---|
| Joel Zacharia Ph.D | 40 | 60 | 070 - 30 - 4661 |
| | | | |
| | | | |
| | | | |

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☑ Manhattan   ☑ Bronx
☑ Brooklyn    ☑ Queens
☐ Staten Island

**NOTE:**

A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm 218, New York, NY 10007, Attn. Rita Venektas.

**TYPE OF RELATED SERVICE** _____ By.
(separate document for each Related Service)

## New York City Department of Education

## INDEPENDENT RELATED SERVICE PROVIDER APPLICATION FORM

**AGENCY**

This form must be completed for all independent related service providers whose names are to appear under your agency's name on the Municipality List of Independent Providers of Related Services for Students With Disabilities (Registry of Independent Providers.) If, at any time, you wish to add or delete providers, you must complete this form and return it to DOE. (Please type or print all information) DOE employees cannot serve as independent providers and as such, their names may not be placed on the list.

NAME OF AGEN **SUMO&2000**
**SUMNER HEALTH PROVIDERS**
ADDRESS: **POB 20070039**
**Brooklyn, NY 11229-7039**
**Tax ID: 20-5222085**

TELEPHONE NUMBER: ( 718 ) 336-9500

TAX IDENTIFICATION NUMBER: 20-3893174

CONTACT NAME: Lucille Schia Kel.

Borough(s) in which this agency is able to provide Related Services (check as many as appropriate)

☐ Manhattan    ☐ Bronx
☑ Brooklyn    ☑ Queens
☐ Staten Island

| Therapist/Clinician Name(s) (complete additional pages as necessary) | Capacity | | Social Security # |
|---|---|---|---|
| | # of students the therapist is able to serve in a week | # of hours per week the therapist is able to provide service | |
| Joel Rubinshpin PhD | #4 | 20 | 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 |
| | | | |
| | | | |
| | | | |

**NOTE:**
A copy of applicable registration certificate/license including bilingual proficiency (if applicable) must be affixed to this form for each therapist. For Speech Service Providers please include copies of your license/registration as a Speech and Language Pathologist and Teacher of the Speech and Hearing Handicapped.

Mail form to: Office of Related and Contractual Services, NYC Depart of Education, 52 Chambers Street Rm 218, New York, NY 10007, attn Rita Vazquez

Exhibit F

5.2/5.2.6 Summary of Current Staff Providing Occupational Therapy

NOTE:    List in alphabetical order and provide a total count of the staff you are including for the instructional level you select below for the above Related Service contract sought. Please carefully indicate the region and district (where appropriate) you select. Use separate pages for each additional choice, if applicable.

| Elementary/Junior High Schools | High Schools | Citywide Programs | Pre-School |
|---|---|---|---|
| Region | Region | Region | Region    6 |
| District | | | |

Please print legibly. Use additional sheets if necessary.

| NAMES OF STAFF | DATE OF EXPIRATION FOR LICENSE/CERTIFICATION | INDICATE FULL-TIME /PART-TIME |
|---|---|---|
| 1. Asunto, Maria | 11/30/06 | FT |
| 2. Carlson, Courtney | 7/31/04 | FT |
| 3. Cherkassky, Anna | 11/30/06 | FT |
| 4. Coleman, Thomas | 12/31/06 | FT |
| 5. DeCastro, Jonathan | 4/30/06 | FT |
| 6. Gomez, Olga | 11/30/06 | FT |
| 7. Hefter, Chaya | 11/30/06 | FT |
| 8. Jimenez, Jason | 10/31/06 | FT |
| 9. Kvares, Arlyn | 8/31/05 | FT |
| 10. Lichter, Miriam | 3/31/07 | FT |
| 11. Marzano, Michael | 8/31/05 | FT |
| 12. Patterson, Leiliani | 3/31/05 | FT |
| 13. Paturno, Charles | 10/31/04 | FT |
| 14. Scates, Meghan | 8/12/04 | FT |
| 15. Spektor, Biana | 11/30/05 | FT |
| 16. Tang, May | 12/31/05 | FT |
| 17. Valentine, Karl | 11/30/05 | FT |
| 18. Huerter, Marie | 6/30/06 | FT |
| 19 Schultz, Nicole | 1/31/05 | FT |
| 20. Carrel, Barbara | 7/31/05 | FT |

Total of Staff Submitted: ___20___

This total should be consistent with the number of signatures and credentials of the following page(s).
(Duplicate this page for additional Related Services, if necessary).

(Revised 2/04)

5.2/5.2.8 **Summary of Current Staff Providing Physical Therapy**

NOTE:    List in alphabetical order and provide a total count of the staff you are including for the instructional level you select below for the above Related Service contract sought. Please carefully indicate the region and district (where appropriate) you select. Use separate pages for each additional choice, if applicable.

| Elementary/Junior High Schools | High Schools | Citywide Programs | Pre-School |
|---|---|---|---|
| Region  6 | Region _____ | Region _____ | Region _____ |
| District  22 | | | |

*Please print legibly. Use additional sheets if necessary.*

| NAMES OF STAFF | DATE OF EXPIRATION FOR LICENSE/CERTIFICATION | INDICATE FULL-TIME /PART-TIME |
|---|---|---|
| 1. Abelson, Rami | 8/31/05 | FT |
| 2. Elkanovich, Seva | 10/31/05 | FT |
| 3. Fishman, Rachel | 4/30/06 | FT |
| 4. Gets, Gennadiy | 8/31/04 | FT |
| 5. Gonikman, Vitaliy | 3/31/06 | FT |
| 6. Gutin, Steven | 7/31/06 | FT |
| 7. Henkel, Kristin | 11/30/04 | FT |
| 8. Hirschey, Nicole | 5/31/04 | FT |
| 9. Karoutsos, Stavros | 10/31/05 | FT |
| 10. Luo, Llya | 5/31/06 | FT |
| 11. Mayer, Stefanie | 5/31/04 | FT |
| 12. Ooserwijk, Randolph | 2/28/06 | FT |
| 13. Pragine, William | 11/30/04 | FT |
| 14. Thanawala, Nancey | 4/30/04 | FT |
| 15. Weissman, Matherw | 3/31/05 | PT |
| 16. Mayer, Solomon | 1/30/05 | FT |
| 17. | | |
| 18. | | |
| 19 | | |
| 20. | | |

Total of Staff Submitted: ____16____

This total should be consistent with the number of signatures and credentials of the following page(s).
(Duplicate this page for additional Related Services, if necessary).

(Revised 2/04)

5.2/5.2.10

## Staff Providing Speech Therapy in English

| Schools | | | | |
|---|---|---|---|---|
| Elementary/Junior High/Middle | High Schools | Citywide Programs | Pre-School | |
| Region 6 | Region | Region 6 | Region | |
| District 75 | | | | |

(September 1, 2004 – August 31, 2007)

**ONLY REGIONS COMPRISING OF SPECIFIC DISTRICTS, AS OUTLINED IN THE REQUEST FOR PROPOSALS CAN BE SELECTED. NO RECONFIGURATION OF ANY DISTRICTS WITHIN A REGION IS PERMITTED.**

NOTE: If a contract is sought in this area, attach a copy of the current permanent New York State license and/or certificate for each staff member named below. Staff for each instructional level for which a contract is being sought should be listed and indicated on separate pages. Staff agrees by their signature to work for the provider in the Instructional Region/District identified if the provider is awarded a contract for the duration of the contract. Furthermore, the staff member understands that by their signature that they will be prohibited from providing Related Services as an independent provider or as provider for another contract agency to DOE students in the Instructional Region/District identified if the provider is awarded a contract. If a contractor lists a staff member as part-time, indicate the number of hours available per week. Please note that copies of on-line license verifications from the New York State Education Department's Office of the Professions as evidence of current licensure are not acceptable for the purpose of this proposal. In addition, only current staff signature forms from the current Proposal for a RELATED SERVICES Contract for 2004-2007 may be submitted. Note that altered or amended signature forms will be disqualified.

| Name of Staff Member | Legal Address | Telephone No. | Social Security No. | NYS License/ Certificate No. | Full-Time or Part-Time | If P/T No. of Hours Per Week | Signature of Staff Member |
|---|---|---|---|---|---|---|---|
| Baranov, Natasha | 2951 Ocean Ave. #2M Brooklyn, NY 11235 | 718-615-9091 | 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 | 012274 | F.T. | | |
| Dauman, Michal | 854-56th St. Brooklyn, NY 11220 | 718-436-1950 | 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 | 013038 | F.T. | | |
| Drukier, Jannel | 2845 Mill Ave. Brooklyn, NY 11234 | 718-968-0660 | 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 | 013896 | F.T. | | |
| Geronetta, Jennifer | 165 Warren St. lower #1 Brooklyn, NY 11201 | 718-855-2281 | 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 | 012699 | F.T. | | |
| Goldstein, Avi | 135-11 Jewel Ave. # A Flushing, NY 11367 | 718-544-5583 | 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 | 065744700 | F.T. | | |
| Knopfler, Adina | 102 E. 32nd St. Brooklyn, NY 11210 | 718-252-7772 | 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 | 110746472 | F.T. | | |
| Lorman, Stella | 1521 Brightwater Ave. Brooklyn, NY 11235 | 718-934-1884 | 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 | 011586 | F.T. | | |
| Saperstein, Yael | 1580 E. 19th St. #6B Brooklyn, NY 11230 | 718-627-1062 | 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 | 012544 | F.T. | | |
| Singer, Shoshana | 958 E. 10th St. Brooklyn, NY 11230 | 718-951-0080 | 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 | 013902 | F.T. | | |
| Sylvian, Sharon | 2971 Quentin Rd. Brooklyn, NY 11229 | 718-375-6099 | 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 | 005868 | F.T. | | |

(DUPLICATE THIS PAGE FOR ADDITIONAL STAFF, IF NECESSARY)

(Revised 2/04)
5.2/5.2.10

Staff Providing Speech Therapy in English

(September 1, 2004 – August 31, 2007)

| | Elementary/Junior High/Middle Schools | High Schools | Citywide Programs | Pre-School |
|---|---|---|---|---|
| Region | Region 6 | Region 6 | Region |
| District | 75 | | |

ONLY REGIONS COMPRISING OF SPECIFIC DISTRICTS, AS OUTLINED IN THE REQUEST FOR PROPOSALS CAN BE SELECTED. NO RECONFIGURATION OF ANY DISTRICTS WITHIN A REGION IS PERMITTED.

NOTE: If a contract is sought in this area, attach a copy of the current permanent New York State license and/or certificate for each staff member named below. Staff for each instructional level for which a contract is being sought should be listed and indicated on separate pages. Staff agrees by their signature to work for the provider in the Instructional Region/District identified if the provider is awarded a contract for the duration of the contract. Furthermore, the staff member understands that by their signature that they will be prohibited from providing Related Services as an independent provider or as provider for another contract agency to DOE students in the Instructional Region/District identified if the provider is awarded a contract. If a contractor lists a staff member as part-time, indicate the number of hours available per week. Please note that copies of on-line license verifications from the New York State Education Department's Office of the Professions as are not acceptable for the purpose of this proposal. In addition, only current staff signature forms from the current Proposal for a RELATED SERVICES Contract for 2004-2007 may be submitted. Note that altered or amended signature forms will be disqualified.

| Name of Staff Member | Legal Address | Telephone No. | Social Security No. | NYS License/ Certificate No. | Full-Time or Part-Time | If P/T No. of Hours Per Week | Signature of Staff Member |
|---|---|---|---|---|---|---|---|
| Weinman, Judith | 146 Spring St. #1 New York, NY 10012 | 646-613-0843 | 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 | 007864 | F-T | | |
| | 472 Bayview Ave. Cedarhurst, NY 11516 | 516-295-0507 | 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 | 013620 | F-T | | |
| [redacted] | 140 Cadman Plaza W. 10A | 718-488-0978 | 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 | 10156943 | F-T | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |