Howard Kleinhendler (HK 5712)
David Yeger (DY 1393)
WACHTEL & MASYR, LLP
110 East 59th Street
New York, New York 10022
(212) 909-9500
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKLYN COMMUNITY MANAGEMENT LLC, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | Civ. A. No. 08-00168 (BSJ) <br><br> **SUPPLEMENTAL DECLARATION OF DAVID YEGER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY <u>INJUNCTION</u>** |

David Yeger, being over the age of eighteen years, hereby declares:

1. I am an attorney admitted to practice in this court and associated with the law firm of Wachtel & Masyr, LLP, counsel for the plaintiffs.

2. Attached hereto is the document referred as "Exhibit D" in the Declaration of C. Hanina Hefter, dated January 22, 2008 (Document No. 17 on the Case Docket). Exhibit D was inadvertently overlooked when the Hefter Declaration was filed on the CM/ECF.

I declare, under the penalties of perjury, that the foregoing is true.

Dated: New York, New York
       January 22, 2008

                                                                           David Yeger



**Joel I. Klein,** *Chancellor*

**Brooklyn Integrated Service Center**
*131 Livingston Street ♦ Room 501 ♦ Brooklyn, NY 11201 ♦ 718 935-4349 (v) ♦ 718 935-4314 (f)*

| | |
|---|---|
| **Mariano Guzmán** | *Executive Director* |
| Magda Dekki | *Deputy Executive Director-Business* |
| Louise Kanian | *Deputy Executive Director-Special Education* |
| Kevin Moran | *Deputy Executive Director-Operations* |
| Christopher Rodriguez | *Special Assistant* |

1/18/08

Dear Ms. Libby Steel, Gross Care:

Below, please find the list of schools where I still have vacancies. The number next to the school indicates the approximate number of students awaiting speech services.

13K313 (17)
13K419 (40)
13K499 (36)
13K509 (18)
15K497 (42)
14K498 (40)
15K393 (12)
15K530 (22)
16K267/143 (63)  **Up till yesterday, I thought we had placed a DOE provider in this school.  It is a middle school with helpful of support staff.

As we have been doing, please continue to contact me prior to sending someone to a school.  This is so I may notify the principal as well as provide you with the name of a contact person.  I look forward to continuing our positive working relationship.

Kathryn R. Sanchez
Supervisor of Speech-Team E
Integrated Service Center-Brooklyn
Serving Community School District 13, 14,
15, 16, 19, 23, 32, and 79.
131 Livingston Street, Room 607
Brooklyn, NY 11201
Office (718) 935-3273
Fax (718) 935-2246
Berry (646) 522-3254
ksanche2@schools.nyc.gov