UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BROOKLYN COMMUNITY MANAGEMENT LLC,
et al.,

                Plaintiffs

            v.                           08 Civ. 168(BSJ)

DEPARTMENT OF EDUCATION OF THE CITY OF    Order
NEW YORK, et al.,

                Defendants.
------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

      Plaintiffs are advised that, for the reasons outlined at the January 23, 2008 hearing in this matter, the Court has rejected the Declaration of C. Hanina Hefter in Further Support of Plaintiffs' Motion for a Preliminary Injunction (the "Declaration"), including all of the Exhibits attached thereto (Docket Entry No. 17). Plaintiffs are directed to re-file the Declaration and Exhibits, with Exhibit B and Exhibit C to be resubmitted in redacted form.

SO ORDERED:

                                          _____
                                          HON. BARBARA S. JONES
                                          UNITED STATES DISTRICT JUDGE

January 24, 2008
New York, New York