Howard Kleinhendler (HK 5712)
David Yeger (DY 1393)
WACHTEL & MASYR, LLP
110 East 59th Street
New York, New York 10022
(212) 909-9500
*Attorneys for Plaintiffs*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BROOKLYN COMMUNITY MANAGEMENT LLC, et al.,

                    Plaintiffs,

    - against -

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                    Defendants.

Civ. A. No. 08-00168 (BSJ)

**SCHEDULING ORDER**

---

    **THIS MATTER**, coming before the Court by Wachtel & Masyr, LLP, counsel for the plaintiffs, for an Order revising various deadlines currently scheduled, and counsel for the defendants having consented to this request, and for good cause shown;

    It is on this _21st_ day of February, 2008, hereby **ORDERED**:

    1.    Plaintiffs shall serve and file their amended complaint by March 10, 2008;

    2.    Defendants shall serve and file their answer to, or motion to dismiss, the amended complaint by April 7, 2008;

    3.    Plaintiffs shall serve and file their opposition to the motion by May 16, 2008;

    4.    Defendants shall serve and file their reply to the motion by May 27, 2008.

                            _____
                         Hon. Barbara S. Jones, U.S.D.J.