Howard Kleinhendler (HK 5712)
David Yeger (DY 1393)
WACHTEL & MASYR, LLP
110 East 59th Street
New York, New York 10022
(212) 909-9500
*Attorneys for Plaintiffs*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROOKLYN COMMUNITY MANAGEMENT LLC, et al.,

    Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

    Defendants.

Civ. A. No. 08-00168 (BSJ)

**SECOND REVISED SCHEDULING ORDER**

**THIS MATTER**, coming before the Court by Wachtel & Masyr, LLP, counsel for the plaintiffs, for an Order revising various deadlines currently scheduled, and counsel for the defendants having consented to this request, and for good cause shown;

It is on this 5th day of March, 2008, hereby **ORDERED**:

1. Plaintiffs shall serve and file their amended complaint by March 24, 2008;

2. Defendants shall serve and file their answer to, or motion to dismiss, the amended complaint by April 21, 2008;

3. Plaintiffs shall serve and file their opposition to the motion by May 30, 2008;

4. Defendants shall serve and file their reply to the motion by June 10, 2008.

                                                    Hon. Barbara S. Jones, U.S.D.J.