**MANDATE**

SDNY/NYNY
08-CV-168
JONES

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

BROOKLYN COMMUNITY MANAGEMENT LLC,
et al.,

                Plaintiffs-Appellants,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants-Appellees.

08-0527-cv

STIPULATION WITHDRAWING APPEAL WITHOUT PREJUDICE PURSUANT TO F.R.A.P. 42(b)

*UNITED STATES COURT OF APPEALS FILED MAR 10 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT*

The undersigned, counsel for the parties herein, hereby stipulate that the above-captioned appeal is hereby withdrawn without prejudice, without costs and without attorneys' fees, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: New York, New York
        March 6, 2008

WACHTEL & MASYR, LLP

By: _____
Howard Kleinhendler
110 East 59th Street
New York, New York 10022
(212) 909-9500
*Attorneys for Plaintiffs-Appellants*

NEW YORK CITY LAW DEPARTMENT

By: _____
Susan Smollens
100 Church Street
New York, New York 10007
(212) 788-1263
*Attorneys for Defendants-Appellees*

NEW YORK STATE ATTORNEY GENERAL

By: _____
Marion Buchbinder
120 Broadway
New York, New York 10271
(212) 416-8000
*Attorneys for State Defendants*

SO ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

March 10, 2008

*A TRUE COPY Catherine O'Hagan Wolfe, Clerk by Angela Martin*

CERTIFIED: MAR 13 2008